AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

05 -   2 2 3

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

3/15/05
_____          _____
(Date forms issued)              (Signature of Party or their Representative)

                                 Brent Rini
                                 _____
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action