≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

M. DIANE KOKEN, in her official capacity
as Insurance Commissioner of the
Commonwealth of Pennsylvania, as Liquidator
of RELIANCE INSURANCE COMPANY,
V.

GPC INTERNATIONAL, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2 2 3

TO: (Name and address of Defendant)

GPC International, Inc.
c/o The Prentice Hall Corporation System
2711 Centerville Road, Suite 400
Wilmington, DE  19808

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheldon K. Rennie, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

4-15-05

CLERK                                                               DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-18-2005 |
| NAME OF SERVER (PRINT) William Hopkins | TITLE Legal Courier |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Corporation Service Company, 2711 Centerville Road, Wilmington, DE 19808 - MARY T. DRUMMOND.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-18-2005
                Date

Signature of Server: William Hopkins

827 Kins Street
Wilmington DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.