IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 05-223<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gerald Arth to represent M. Diane Koken in this matter.

**FOX ROTHSCHILD LLP**

By:   */s/ Sheldon K. Rennie   (#3772)*
Sheldon K. Rennie (#3772)
919 N. Market Street, Suite 1300
Wilmington, DE  19801
Tel (302) 654-7444/Fax (302) 656-8920
srennie@foxrothschild.com
*Attorney for Plaintiff M. Diane Koken*

Dated:  April 25, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice is GRANTED.

Dated:  _____   _____
United States District Judge

WM1A 54825v1 04/26/05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

FOX ROTHSCHILD LLP

By: _____
Gerald Arth, Esquire
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(212) 299-2000; (212) 299-2150 (fax)
garth@foxrothschild.com
*Attorney for Plaintiff M. Diane Koken*

Dated: April 20, 2005

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 05-223<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, hereby certify that a copy of the Motion and Order for Admission Pro Hac Vice of Gerald Arth, Esquire, was served via hand delivery on April 26, 2005, upon the following:

GPC International, Inc.
c/o The Prentice Hall Corporation System
2711 Centerville Road, Suite 400
Wilmington, DE  19808

/s/ Sheldon K. Rennie (#3772)
Sheldon K. Rennie, Esquire