**CERTIFICATE OF SERVICE**

I, John M. Seaman, hereby certify that on July 8, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Third Party Complaint* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

>Sheldon Kevin Rennie, Esquire
>Fox Rothschild LLP
>919 North Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE 19899-2323

>  /s/ John M. Seaman (#3868)
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard  (#2504)
>John M. Seaman (#3868)
>222 Delaware Ave, Suite 1400
>Wilmington, DE  19801
>Telephone: (302) 573-3500
>abouchard@bmf-law.com
>jseaman@bmf-law.com
>
>*Attorneys for Defendant GPC International, Inc.*