AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

PLAINTIFF

M. Diane Koken

V. DEFENDANT AND THIRD PARTY PLAINTIFF

GPC International, Inc.
510 Broadhollow Road
Melville, NY 11747

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:   05 CV 223 (SLR)

V. THIRD PARTY DEFENDANT

Zurich-American Insurance Company
P.O. Box ZZ
Jamaica, NY 11430

To: Name and address of Third Party Defendant

Zurich-American Insurance Company
c/o Delaware Insurance Commissioner (as agent for service of process pursuant to 18 Del. C. § 525)
841 Silver Lake Blvd
Dover DE 19904-2465

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Sheldon Kevin Rennie, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington DE 19899-2323 | John M. Seaman, Esquire<br>Bouchard Margules & Friedlander<br>222 Delaware Avenue, Suite 1400<br>Wilmington DE 19801 |

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _Monica Mosley_   DATE 7/11/05

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]   DATE July 11, 2005 3:41 pm

NAME OF SERVER: Edward Jones   TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant.. Place where served: Delaware Insurance Commissioner 841 Silver Lake Bvd Dover DE 19904 Service Accepted By E. Riddick

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/11/05   *Signature of Server:* Edward J Jones

*Address of Server:* 31 Lockerman St, Ste 101, Dover, DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.