# FOX • ROTHSCHILD LLP
### ATTORNEYS AT LAW

2700 KELLY ROAD • SUITE 300 • WARRINGTON, PA 18976-3624
215.345.7500 • FAX 215.345.7507 • www.foxrothschild.com

Cheryl A. Garber
Direct Dial: (215) 918-3649
Internet Address: cgarber@foxrothschild.com

July 27, 2005

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

Re: M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (In Liquidation) v. GPC International, Inc. v. Zurich-American Insurance Company
United States District Court of Delaware, Docket No. 05-CV-223-SLR

Dear Judge Robinson:

This firm represents plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (In Liquidation), in the above referenced matter. Pursuant to paragraph 3 of the Order for Scheduling Conference, enclosed is a copy of the parties' joint discovery plan in anticipation of the conference scheduled for August 9, 2005.

If you have any questions please do not hesitate to contact me.

Respectfully yours,

Cheryl A. Garber

cc(w/enc.): Lori Marks-Esterman, Esquire
Andre Bouchard, Esquire
John M. Seaman, Esquire
Sheldon K. Rennie, Esquire
Audrey Hanrahan, Zurich-American Insurance Company

PENNSYLVANIA • NEW JERSEY • DELAWARE • NEW YORK

DT1 142703v1 07/27/05