IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) : : : : : : Plaintiff, : : v. : : GPC INTERNATIONAL, INC. : : Defendant. : | CIVIL ACTION<br><br>NO. 05-223 |
| GPC INTERNATIONAL, INC. : : Third-Party Plaintiff, : : v. : : ZURICH-AMERICAN INSURANCE COMPANY : : Third-Party Defendant. : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on August 5th, 2005, I caused two copies of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) to be served on the parties, through their counsel, via first class mail, postage prepaid, as follows:

>Andre Bouchard, Esquire
>John M. Seaman, Esquire
>222 Delaware Avenue
>Suite 1400
>Wilmington, DE 19801

Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Attorneys for defendant,*
*GPC International, Inc.*

Audrey Hanrahan
Zurich American Insurance Company
1400 American lane
T1-14
Schaumburg, IL  60196

By: _____
Sheldon K. Rennie, Esquire (I.D. No. 3772)
**FOX ROTHSCHILD LLP**
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
*Attorneys for Plaintiff M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation)*

2