IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>Plaintiff,<br><br>-v-<br><br>GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>Defendant. | No. 05 CV 223 (SLR) |
| GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>Third-Party Plaintiff,<br><br>-v-<br><br>ZURICH-AMERICAN INSURANCE COMPANY P.O. Box ZZ Jamaica, NY 11430<br><br>Third-Party Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant and Third-Party Plaintiff GPC International, Inc.'s Initial Disclosures pursuant to Rule 26(a)(1) were served on August 8, 2005 upon the following counsel in the manner indicated:

**By Hand**

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

*Counsel for Plaintiff M. Diane Koken*

**By Hand**

Sean J. Bellew, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

*Counsel for Third Party Defendant Zurich-American Ins. Co.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Of Counsel:

Thomas J. Fleming, Esquire
Lori Marks-Esterman, Esquire
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York NY 10022

By /s/ John M. Seaman (#3868)
    Andre G. Bouchard (#2504)
    John M. Seaman (#3868)
    222 Delaware Ave, Suite 1400
    Wilmington, DE 19801
    Telephone: (302) 573-3500
    abouchard@bmf-law.com
    jseaman@bmf-law.com

Dated: August 8, 2005

*Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.*

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on August 8, 2005, I caused to be served a true and correct copy of the foregoing *Notice of Service and Rule 26(a) Disclosures* on the following in the manner indicated below:

### By Hand Delivery and Email

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

### By Hand Delivery and Email

Sean J. Bellew, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

/s/ John M. Seaman (#3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504)
John M. Seaman (#3868)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
jseaman@bmf-law.com