IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.,<br><br>Defendant. | :<br>:<br>:  Civil Action No: 05-223 (SJR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| GPC INTERNATIONAL, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ZURICH-AMERICAN INSURANCE COMPANY,<br><br>Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO:   US District Court Clerk

Kindly enter the appearance of Sean J. Bellew, Esquire and David A. Felice, Esquire as counsel for Third-Party Defendant, Zurich-American Insurance Company, in the above-captioned matter. Third-Party Defendant expressly reserve the right to answer or otherwise respond to the Third-Party Complaint as permitted by the Court's rules.

Dated:  August 8, 2005
        Wilmington, Delaware

COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew, Esquire (4072)
David A. Felice, Esquire (4090)
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email:  sbellew@cozen.com
        dfelice@cozen.com
*Counsel for Zurich-American Insurance Co.*