IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION), | : : : : : | Civil Action No: 05-223 (SJR) |
| Plaintiff, | : : |
| v. | : : |
| GPC INTERNATIONAL, INC., | : : |
| Defendant. | : : |
| GPC INTERNATIONAL, INC., | : : |
| Third-Party Plaintiff, | : : |
| vs. | : : |
| ZURICH-AMERICAN INSURANCE COMPANY, | : : |
| Third-Party Defendant. | : |

**CERTIFICATE OF SERVICE**

    I, Sean J. Bellew, certify that I am not less than 18 years of age, and that service of the

*Entry of Appearance* was made on August 8, 2005 upon the following parties:

**VIA HAND DELIVERY**

Sheldon K. Rennie, Esquire
Fox Rothschild, LLP
919 North Market Street, Suite 1300
Wilmington, DE  19899-2323-
*Counsel for the Plaintiff*

Andre Bouchard, Esquire
John M. Seaman, Esquire
Bouchard, Margules & Friendlander, PA
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
*Counsel for Defendant/Third-Party Plaintiff*

**VIA FIRST CLASS MAIL**

Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig &
 Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY  10022
*Counsel for Defendant/Third-Party Plaintiff*

      Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| Dated:  August 8, 2005<br>       Wilmington, Delaware | COZEN O'CONNOR<br><br>/s/ Sean J. Bellew<br>Sean J. Bellew (No. 4072) |

WILM1\31423\1 099994.000