IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>      Plaintiff,<br><br>   -v-<br><br>GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>      Defendant.<br><br>GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>      Third-Party Plaintiff,<br><br>   -v-<br><br>ZURICH-AMERICAN INSURANCE COMPANY P.O. Box ZZ Jamaica, NY 11430<br><br>      Third-Party Defendant. | No. 05 CV 223 (SLR) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent Defendant and Third-Party Plaintiff GPC

International, Inc., in this matter: Lori Marks-Esterman, Olshan Grundman Frome Rosenzweig & Wolosky LLP, Park Avenue Tower, 65 East 55th Street, New York, NY, 10022, (212) 451-2300.

                      BOUCHARD MARGULES & FRIEDLANDER, P.A.

Of Counsel:

By /s/ John M. Seaman

Thomas J. Fleming, Esquire
Lori Marks-Esterman, Esquire
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York NY 10022

Andre G. Bouchard (#2504)
John M. Seaman (#3868)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
jseaman@bmf-law.com

Dated: August 8, 2005

*Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of August, 2005, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Lori Marks-Esterman, Esquire
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York NY 10022
Telephone: (212) 451-2300

Dated: August 5, 2005

467671-1

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on August 8, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

>Sheldon Kevin Rennie, Esquire
>Fox Rothschild LLP
>919 North Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE 19899-2323

>   /s/ John M. Seaman (#3868)
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard  (#2504)
>John M. Seaman (#3868)
>222 Delaware Ave, Suite 1400
>Wilmington, DE  19801
>Telephone: (302) 573-3500
>abouchard@bmf-law.com
>jseaman@bmf-law.com
>
>*Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.*