Sheldon K. Rennie
Direct Dial: (302) 622-4202
Internet Address: srennie@foxrothschild.com

August 10, 2005

**<u>VIA ELECTRONIC FILING</u>**
The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

> Re: **M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (In Liquidation) v. GPC International, Inc. v. Zurich-American Insurance Company**
> <u>**United States District Court of Delaware, Docket No. 05-CV-223-SLR**</u>

Dear Judge Robinson:

    Pursuant to the Rule 26 teleconference held among Your Honor and counsel for the parties, I enclose a revised scheduling order agreed to by the parties.

    Counsel for the parties are available to answer any questions Your Honor may have.

                                          Respectfully yours,

                                          /s/ Sheldon K. Rennie (#3772)

                                          Sheldon K. Rennie

SKR:mlr
Enclosure

cc:    Lori Marks-Esterman, Esquire (w/encl.)
        Andre Bouchard, Esquire (w/encl.)
        John M. Seaman, Esquire (w/encl.)
        Audrey Hanrahan (w/encl.)
        Cheryl A. Garber, Esquire (w/o encl.)
        Gerald Arth, Esquire (w/encl.)

WM1A 61568v1 08/11/05