IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>    Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.,<br><br>    Defendant.<br><br>———————————————<br><br>GPC INTERNATIONAL, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY,<br><br>    Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    C.A. No. 05-CV-223 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED this 31st day of August, 2005, by undersigned counsel, subject to the Court's approval, that the time for Third-Party Defendant, Zurich-American Insurance Company, to answer or otherwise respond to Defendant/Third-Party Plaintiff, GPC International, Inc.'s Third-Party Complaint, is extended up through and including Monday, September 12, 2005.

| | |
|---|---|
| /s/ Sean J. Bellew<br>Sean J. Bellew, Esquire (#4072)<br>Cozen O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 295-2026<br>*Counsel for Third-Party Defendant* | /s/ Sheldon K. Rennie<br>Sheldon K. Rennie, Esquire (#3772)<br>Fox Rothschild, LLP<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19899-2323<br>Telephone: (302) 622-4202<br>*Counsel for the Plaintiff* |

*/s/ John M. Seaman*
Andre Bouchard, Esquire (#2504)
John M. Seaman, Esquire (#3868)
Bouchard, Margules & Friedlander, PA
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
*Counsel for Defendant/Third-Party Plaintiff*


IT IS SO ORDERED this ____ day of _____, 2005.


_____
Chief Judge Sue L. Robinson

2