IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>    Plaintiff,<br><br>    v.<br><br>GPC INTERNATIONAL, INC.,<br><br>    Defendant.<br><br>GPC INTERNATIONAL, INC.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:    C.A. No. 05-223-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**THIRD-PARTY DEFENDANT'S**
**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zurich American Insurance Company submits the following disclosure:

1.    Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation. (The remaining 0.1289% is owned by ZGA US Limited.) Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation. Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services. Zurich Financial Services is the only publicly traded parent company, with a primary listing on

the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depositary Receipts.

Dated: September 13, 2005

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  302.295.2000
Facsimile:  302.295.2013
   *Attorneys for Third-Party Defendant*
   *Zurich-American Insurance Company*