## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on September 13, 2005, that true and correct copies of the foregoing were caused to be served via ECF electronic notice upon the following parties of record:

| | |
|---|---|
| John M. Seaman, Esquire | Sheldon Kevin Rennie, Esquire |
| Bouchard, Margules & Friedlander, P.A. | Fox Rothschild LLP |
| 222 Delaware Avenue, Suite 1400 | 919 North Market Street, Suite 1300 |
| Wilmington, DE 19801 | P.O. Box 2323 |
| | Wilmington, DE 19899-2323 |

David A. Felice (#4090)

WILM1\31840\1 176825.000