IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION<br><br>NO. 05-223 |
| GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of plaintiff M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation)'s First Request for Production of Documents, First Request for Admissions, and First Set of Interrogatories directed to defendant, GPC International, Inc., pursuant to Federal Rules of Civil Procedure 33, 34 and 36, were served on October 7, 2005 upon the following counsel in the manner indicated:

**By U.S. First Class Mail**

Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Andre Bouchard, Esquire
John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Sean J. Bellew, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Third-party Defendant*
*Zurich-American Insurance Company*

                          /s/ Sheldon K. Rennie (#3772)
                          Sheldon K. Rennie
                          FOX ROTHSCHILD LLP
                          Citizens Bank Center
                          919 North Market Street
                          Suite 1300, 13th Floor
                          Wilmington, DE 19801-2323
                          (302) 654-7444

                          and

                                                  Gerald E. Arth
                                                  Cheryl A. Garber
                                                  FOX ROTHSCHILD LLP
                                                  2000 Market Street – 10th Floor
                                                  Philadelphia, PA  19103
                                                  (215) 299-2000
                                                  *Attorneys for plaintiff,*
                                                  *M. Diane Koken, in her official capacity*
                                                  *as Insurance Commissioner of the*
                                                  *Commonwealth of Pennsylvania,*
                                                  *as Liquidator of Reliance Insurance*
                                                  *Company (In Liquidation)*

Dated:  October 10, 2005

## CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on October 10, 2005, I caused to be served a true and correct copy of the foregoing Notice of Service on the following in the manner indicated below:

### By U.S. First Class Mail

Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Andre Bouchard, Esquire
John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Sean J. Bellew, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Third-Party Defendant*
*Zurich-American Insurance Company*

By: /s/ Sheldon K. Rennie (#3772)
    Sheldon K. Rennie