## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on November 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Stipulation and Order Extending Time to Answer Discovery* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Sheldon Kevin Rennie, Esquire
> Fox Rothschild LLP
> 919 North Market Street, Suite 1300
> P.O. Box 2323
> Wilmington, DE 19899-2323
>
>
> Sean J. Bellew (#4072)
> David A. Felice (#4090)
> Cozen O'Connor
> 1201 N. Market Street, Suite 1400
> Wilmington, DE 19801

> _____/s/ John M. Seaman_____
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
> John M. Seaman (#3868) [jseaman@bmf-law.com]
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> (302) 573-3500
> *Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.*