IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>Plaintiff,<br><br>-v-<br><br>GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>Defendant.<br><br>GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>Third-Party Plaintiff,<br><br>-v-<br><br>ZURICH-AMERICAN INSURANCE COMPANY P.O. Box ZZ Jamaica, NY 11430<br><br>Third-Party Defendant. | No. 05 CV 223 (SLR) |

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that, subject to the approval of the Court, the time for Defendant/Third-Party Plaintiff GPC International, Inc. to serve its written responses, including

any objections, to "Plaintiff's First Requests for Admissions Directed to Defendant GPC International, Inc.", "Plaintiff's First Set of Interrogatories Directed to Defendant GPC International, Inc.", and "Plaintiff's First Request for Production of Documents Directed to Defendant GPC International, Inc." is extended from November 29, 2005 to and including December 5, 2005.

| FOX ROTHSCHILD LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| By  /s/ Sheldon K. Rennie<br>Sheldon Kevin Rennie (#3772)<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>Telephone: (302) 622-4202<br>srennie@foxrothschild.com<br><br>*Attorneys for Plaintiff*<br>*M. Diane Koken* | By  /s/ John M. Seaman<br>Andre G. Bouchard (#2504)<br>John M. Seaman (#3868)<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com<br><br>*Attorneys for Defendant and Third-Party Plaintiff*<br>*GPC International, Inc.* |

COZEN O'CONNOR

By  /s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 259-2000
sbellew@cozen.com
dfelice@cozen.com

*Attorneys for Third-Party Defendant*
*Zurich American Insurance Company*

Dated: November 29, 2005

    IT IS SO ORDERED this _____ day of _____, 2005.

                                             _____
                                             Chief Judge Sue L. Robinson