## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on December 5, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Stipulation and Order Extending Time to Answer Discovery* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

/s/ John M. Seaman
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
John M. Seaman (#3868) [jseaman@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
*Attorneys for Defendant and Third-Party Plaintiff*
*GPC International, Inc.*