IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>                    Plaintiff,<br><br>                      -v-<br><br>GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>                    Defendant. | No. 05 CV 223 (SLR) |
| GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>                  Third-Party Plaintiff,<br><br>                    -v-<br><br>ZURICH-AMERICAN INSURANCE COMPANY P.O. Box ZZ Jamaica, NY 11430<br><br>                  Third-Party Defendant. | |

**NOTICE OF SERVICE
OF GPC INTERNATIONAL INC.'S DISCOVERY RESPONSES**

The undersigned hereby certifies that copies of Defendant and Third-Party Plaintiff GPC International, Inc.'s *Answers and Objections to (A) Plaintiff's First Requests for Admissions Directed to Defendant GPC International, Inc., (B) Plaintiff's*

*First Set of Interrogatories Directed to Defendant GPC International, Inc., and (C) Plaintiff's First Request for Production of Documents Directed to Defendant GPC International, Inc.* were served on December 7, 2005 upon the following counsel in the manner indicated:

### By Email and U.S. Mail

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

*Counsel for Plaintiff M. Diane Koken*

### By Email and U.S. Mail

Sean J. Bellew, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

*Counsel for Third Party Defendant Zurich-American Ins. Co.*

Dated: December 7, 2005         BOUCHARD MARGULES & FRIEDLANDER, P.A.

By /s/ John M. Seaman (#3868)
    Andre G. Bouchard (#2504)
    John M. Seaman (#3868)
    222 Delaware Ave, Suite 1400
    Wilmington, DE 19801
    Telephone: (302) 573-3500
    abouchard@bmf-law.com
    jseaman@bmf-law.com

*Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.*