## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on December 7, 2005, I caused to be

served a true and correct copy of the foregoing *Notice of Service of GPC International,*

*Inc.'s Discovery Responses* on the following in the manner indicated below:

### By Email and U.S. Mail

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

### By Email and U.S. Mail

Sean J. Bellew, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

/s/ John M. Seaman (#3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504)
John M. Seaman (#3868)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
jseaman@bmf-law.com