IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION<br><br><br><br><br><br>NO. 05-223 |
| GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of plaintiff M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation)'s First Request for Production of Documents directed to third-party defendant, Zurich-American Insurance Company, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, were served on January 10, 2006 upon the following counsel in the manner indicated:

DT1 147298v2 01/10/06

**By U.S. First Class Mail**

Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Andre Bouchard, Esquire
John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Sean J. Bellew, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Third-party Defendant*
*Zurich-American Insurance Company*

/s/ Sheldon K. Rennie (#3772)
Sheldon K. Rennie
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street
Suite 1300, 13th Floor
Wilmington, DE 19801-2323
(302) 654-7444

and

                                                    Gerald E. Arth
                                                    Cheryl A. Garber
                                                    FOX ROTHSCHILD LLP
2000 Market Street – 10th Floor
Philadelphia, PA  19103
(215) 299-2000
*Attorneys for plaintiff,*
*M. Diane Koken, in her official capacity*
*as Insurance Commissioner of the*
*Commonwealth of Pennsylvania,*
*as Liquidator of Reliance Insurance*
*Company (In Liquidation)*

Dated: January 10th, 2006

3