IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| GPC INTERNATIONAL, INC. | : : | C.A. No. 05-223 (SLR) |
| Defendant. | : : : | |
| GPC INTERNATIONAL, INC. | : : : | |
| Third-Party Plaintiff, | : : : | |
| v. | : : | |
| ZURICH-AMERICAN INSURANCE COMPANY | : : : | |
| Third-Party Defendant. | : | |

**NOTICE OF SERVICE OF GPC INTERNATIONAL INC.'S
FIRST REQUEST TO PLAINTIFF FOR THE PRODUCTION OF DOCUMENTS**

The undersigned hereby certifies that copies of *GPC International, Inc.'s First Request to Zurich-American Insurance Company for the Production of Documents* were served on January 15, 2006 upon the following counsel in the manner indicated:

**By Email and U.S. Mail**

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
SRennie@foxrothschild.com

Gerald E. Arth, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
GArth@foxrothschild.com

*Counsel for Plaintiff M. Diane Koken*

**By Email and U.S. Mail**

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
SBellew@cozen.com
DFelice@cozen.com

*Counsel for Third Party Defendant Zurich-American Ins. Co.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Of Counsel:

Herbert C. Ross, Esquire
Lori Marks-Esterman, Esquire
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York NY 10022

By  /s/ John M. Seaman
Andre G. Bouchard  (#2504)
John M. Seaman (#3868)
222 Delaware Ave, Suite 1400
Wilmington, DE  19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
jseaman@bmf-law.com

Dated:  January 15, 2006

*Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.*

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on January 15, 2006, I caused to be served a true and correct copy of the foregoing *Notice of Service of GPC International, Inc.'s First Request to Zurich-American Insurance Company for the Production of Documents* on the following in the manner indicated below:

### By CM/ECF and U.S. Mail

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
SRennie@foxrothschild.com

Gerald E. Arth, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
GArth@foxrothschild.com

*Counsel for Plaintiff M. Diane Koken*

### By CM/ECF and U.S. Mail

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
SBellew@cozen.com
DFelice@cozen.com

*Counsel for Third Party Defendant Zurich-American Ins. Co.*

    /s/ John M. Seaman (#3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504)
John M. Seaman (#3868)
222 Delaware Ave, Suite 1400
Wilmington, DE  19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
jseaman@bmf-law.com

2