IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant.<br><br><br>GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 05-223 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### REVISED[1] NOTICE OF SERVICE OF GPC INTERNATIONAL INC.'S FIRST REQUEST TO PLAINTIFF FOR THE PRODUCTION OF DOCUMENTS

The undersigned hereby certifies that copies of *GPC International, Inc.'s First Request to Zurich-American Insurance Company for the Production of Documents* were served on January 16, 2006 upon the following counsel in the manner indicated:

---

[1] Notice of Service previously filed, (Docket No. 29) had an incorrect date of January 15, 2006 for service. Service was made January 16, 2006.

**By Email and U.S. Mail**

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
SRennie@foxrothschild.com

Gerald E. Arth, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
GArth@foxrothschild.com

*Counsel for Plaintiff M. Diane Koken*

**By Email and U.S. Mail**

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
SBellew@cozen.com
DFelice@cozen.com

*Counsel for Third Party Defendant Zurich-American Ins. Co.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Of Counsel:

Herbert C. Ross, Esquire
Lori Marks-Esterman, Esquire
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York NY 10022

By /s/ John M. Seaman
Andre G. Bouchard (#2504)
John M. Seaman (#3868)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
jseaman@bmf-law.com

Dated: January 16, 2006

*Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.*

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on January 16, 2006, I caused to be served a true and correct copy of the foregoing *Notice of Service of GPC International, Inc.'s First Request to Zurich-American Insurance Company for the Production of Documents* on the following in the manner indicated below:

| By CM/ECF and U.S. Mail | By CM/ECF and U.S. Mail |
|---|---|
| Sheldon Kevin Rennie, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>SRennie@foxrothschild.com<br><br>Gerald E. Arth, Esquire<br>Fox Rothschild LLP<br>2000 Market Street, Tenth Floor<br>Philadelphia, PA 19103-3291<br>GArth@foxrothschild.com<br><br>*Counsel for Plaintiff M. Diane Koken* | Sean J. Bellew, Esquire<br>David A. Felice, Esquire<br>Cozen & O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>SBellew@cozen.com<br>DFelice@cozen.com<br><br>*Counsel for Third Party Defendant Zurich-American Ins. Co.* |

　　　　　　　　　　　/s/ John M. Seaman (#3868)
　　　　　　　　　　　BOUCHARD MARGULES & FRIEDLANDER, P.A.
　　　　　　　　　　　Andre G. Bouchard (#2504)
　　　　　　　　　　　John M. Seaman (#3868)
　　　　　　　　　　　222 Delaware Ave, Suite 1400
　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　Telephone: (302) 573-3500
　　　　　　　　　　　abouchard@bmf-law.com
　　　　　　　　　　　jseaman@bmf-law.com