IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br>1311 Strawberry Square<br>Harrisburg, Pennsylvania 17120<br><br>Plaintiff,<br><br>-v-<br><br>GPC INTERNATIONAL, INC.<br>510 Broadhollow Road<br>Melville, NY 11747<br><br>Defendant. | No. 05 CV 223 (SLR) |
| GPC INTERNATIONAL, INC.<br>510 Broadhollow Road<br>Melville, NY 11747<br><br>Third-Party Plaintiff,<br><br>-v-<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br>P.O. Box ZZ<br>Jamaica, NY 11430<br><br>Third-Party Defendant. | |

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that, subject to the approval of the Court, the time for Plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of

DT1 154141v1 01/26/06

Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation), to serve her written responses, including any objections, to Defendant GPC International, Inc.'s First Request for Production of Documents Directed to Plaintiff is extended from January 27, 2006 to and including February 10, 2006.

| | |
|---|---|
| FOX ROTHSCHILD LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| By /s/ Sheldon K. Rennie (#3772)<br>Sheldon Kevin Rennie (#3772)<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>Telephone: (302) 622-4202<br>srennie@foxrothschild.com | By /s/ John M. Seaman (#3868)<br>Andre G. Bouchard (#2504)<br>John M. Seaman (#3868)<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com |
| *Attorneys for Plaintiff*<br>*M. Diane Koken* | *Attorneys for Defendant and Third-Party Plaintiff*<br>*GPC International, Inc.* |

COZEN O'CONNOR

By /s/ Sean J. Bellew (#4072)
Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 259-2000
sbellew@cozen.com
dfelice@cozen.com

*Attorneys for Third-Party Defendant*
*Zurich American Insurance Company*

Dated: January 26, 2006

    IT IS SO ORDERED this _____ day of _____, 2006.

    _____
    Chief Judge Sue L. Robinson