IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION<br><br>NO. 05-223 |
| GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that two (2) copies of plaintiff M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation)'s Objections and Responses to Defendant's First Request for Production of Documents of Defendant, GPC International, Inc., pursuant to Federal Rules of Civil Procedure 26 and 34, were served on February 7, 2006 upon the following counsel in the manner indicated:

**By U.S. First Class Mail**

Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Andre Bouchard, Esquire
John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Sean J. Bellew, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Third-party Defendant*
*Zurich-American Insurance Company*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sheldon K. Rennie (#3772)*
　　　　　　　　　　　　　　　　　　　　　　　　Sheldon K. Rennie
　　　　　　　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP
　　　　　　　　　　　　　　　　　　　　　　　　Citizens Bank Center
　　　　　　　　　　　　　　　　　　　　　　　　919 North Market Street
　　　　　　　　　　　　　　　　　　　　　　　　Suite 1300, 13th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-2323
　　　　　　　　　　　　　　　　　　　　　　　　(302) 654-7444

　　　　　　　　　　　　　　　　　　　　　　　　and

                                        Gerald E. Arth
                                        Cheryl A. Garber
FOX ROTHSCHILD LLP
2000 Market Street – 10th Floor
Philadelphia, PA  19103
(215) 299-2000
*Attorneys for plaintiff,*
*M. Diane Koken, in her official capacity*
*as Insurance Commissioner of the*
*Commonwealth of Pennsylvania,*
*as Liquidator of Reliance Insurance*
*Company (In Liquidation)*

Dated:  February 7, 2006