## CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on February 7, 2006, I caused to be served a true and correct copy of the foregoing Notice of Service on the following in the manner as indicated below:

**By U.S. First Class Mail**

Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Andre Bouchard, Esquire
John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Sean J. Bellew, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Third-Party Defendant*
*Zurich-American Insurance Company*

/s/ *Sheldon K. Rennie (#3772)*
Sheldon K. Rennie