IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>      Plaintiff,<br><br>    -v-<br><br>GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>      Defendant.<br><br>GPC INTERNATIONAL, INC. 510 Broadhollow Road Melville, NY 11747<br><br>     Third-Party Plaintiff,<br><br>    -v-<br><br>ZURICH-AMERICAN INSURANCE COMPANY P.O. Box ZZ Jamaica, NY 11430<br><br>     Third-Party Defendant. | No. 05 CV 223 (SLR) |

**STIPULATION AND ORDER**
**EXTENDING TIME TO ANSWER DISCOVERY**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto that, subject to the approval of the Court, the time for Third-Party Defendant Zurich-American Insurance Company to serve its written responses, including any

WILM1\33598\1 176825.000

objections, to *Plaintiff's First Request for Production of Documents Directed to Third-Party Defendant Zurich-American Insurance Company* and *GPC International Inc.'s First Request to Zurich-American Insurance Company for the Production of Documents* is extended up to and including February 24, 2006.

| | |
|---|---|
| FOX ROTHSCHILD LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| By: */s/ Sheldon K. Rennie* <br> Sheldon Kevin Rennie (#3772) <br> 919 North Market Street, Suite 1300 <br> P.O. Box 2323 <br> Wilmington, DE 19899-2323 <br> Telephone: (302) 622-4202 <br> srennie@foxrothschild.com | By: */s/ Andre G. Bouchard* <br> Andre G. Bouchard  (#2504) <br> John M. Seaman (#3868) <br> 222 Delaware Ave, Suite 1400 <br> Wilmington, DE  19801 <br> Telephone: (302) 573-3500 <br> abouchard@bmf-law.com <br> jseaman@bmf-law.com |
| *Attorneys for Plaintiff* <br> *M. Diane Koken* | *Attorneys for Defendant and Third-Party Plaintiff* <br> *GPC International, Inc.* |

COZEN O'CONNOR

By */s/ Sean J. Bellew*
Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 259-2000
sbellew@cozen.com
dfelice@cozen.com

*Attorneys for Third-Party Defendant*
*Zurich American Insurance Company*


Dated: February 10, 2006

    IT IS SO ORDERED this _____ day of _____, 2006.

                                             _____
                                             Chief Judge Sue L. Robinson