## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| GPC INTERNATIONAL, INC. | : : | C.A. No. 05-223 (SLR) |
| Defendant. | : : | |
| | : | |
| GPC INTERNATIONAL, INC. | : : | |
| Third-Party Plaintiff, | : : | |
| v. | : : | |
| ZURICH-AMERICAN INSURANCE COMPANY | : : : | |
| Third-Party Defendant. | : | |

## STIPULATION AND ORDER AMENDING SCHEDULING ORDER

WHEREAS, in the interest having mediation before United States Magistrate Judge Mary Pat Thynge, pursuant to Order dated September 27, 2005, prior to the completion of discovery in the above-entitled action in an attempt to save the parties expenses attendant to additional discovery and without seeking to adjourn any dates set forth in the Scheduling Order entered on August 16, 2005 in this action (the "Scheduling Order"), except as set forth below;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that, subject to the approval of the Court, the dates set forth in the Scheduling Order for the matters identified below are extended to the following dates:

1.      All fact discovery shall be commenced in time to be completed by **May 15, 2006** (as adjourned from the original date of March 16, 2006 in paragraph 2(b) of the Scheduling Order).

2.      All expert discovery shall be commenced in time to be completed by **June 14, 2006** (as adjourned from original date of April 14, 2006 in paragraph 2(b) of the Scheduling Order).

3.      Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **May 1, 2006** (as adjourned from original date of March 1, 2006 in paragraph 2(g) of the Scheduling Order).

4.       Rebuttal expert reports due by **May 20, 2006** (as adjourned from original date of March 1, 2006 in paragraph 2(g) of the Scheduling Order).

Dated: February 17, 2006

FOX ROTHSCHILD LLP                          BOUCHARD MARGULES &
                                            FRIEDLANDER P.A.

By /s/ Sheldon K. Rennie                    By  /s/ John M. Seaman
Sheldon Kevin Rennie (#3772)                Andre G. Bouchard  (#2504)
919 North Market Street, Suite 1300         John M. Seaman (#3868)
P.O. Box 2323                               222 Delaware Ave, Suite 1400
Wilmington, DE 19899-2323                   Wilmington, DE  19801
Telephone: (302) 622-4202                   Telephone: (302) 573-3500
srennie@foxrothschild.com                   abouchard@bmf-law.com
                                            jseaman@bmf-law.com

- and –                                     - and -

Gerald Arth, Esquire                        Herbert C. Ross, Jr.
FOX ROTHSCHILD LLP                          OLSHAN GRUNDMAN FROME
2000 Market Street, Tenth Floor             ROSENZWEIG & WOLOSKY LLP
Philadelphia, PA 19103-3291                 Park Avenue Tower
Telephone: (215) 299-2000                   65 East 55th Street
                                            New York, New York 1002
*Attorneys for Plaintiff*                   Telephone: (212) 451-2300
*M. Diane Koken*

                                            *Attorneys for Defendant and Third-Party*
                                            *Plaintiff GPC International, Inc.*

COZEN O'CONNOR

By /s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 259-2000
sbellew@cozen.com
dfelice@cozen.com

*Attorneys for Third-Party Defendant*
*Zurich American Insurance Company*


     IT IS SO ORDERED this _____ day of _____, 2006.


        _____
            Chief Judge Sue L. Robinson