IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>    Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.,<br><br>    Defendant.<br><br>―――――――――――――――――<br><br>GPC INTERNATIONAL, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY,<br><br>    Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 05-223-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on February 27, 2006, *Third-Party Defendant Zurich-American Insurance Company's Responses to Third-Party Plaintiff's First Request for Production of Documents* and *Third-Party Defendant Zurich-American Insurance Company's Responses to Plaintiff's First Request for Production of Documents* were served upon the following parties via hand delivery:

| | |
|---|---|
| John M. Seaman, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Sheldon Kevin Rennie, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323 |

Dated: February 27, 2006

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
 *Attorneys for Third-Party Defendant,*
 *Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on February 27, 2006, that true and correct copies of the foregoing were caused to be served upon the following parties of record:

<table>
<tr><td>John M. Seaman, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801</td><td>Sheldon Kevin Rennie, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323</td></tr>
</table>

_____
Sean J. Bellew (#4072)