**CERTIFICATE OF SERVICE**

I, John M. Seaman, hereby certify that on March 31, 2006, I caused to be served a true and correct copy of the foregoing *Notice of Service of GPC International Inc.'s First Set of Interrogatories Directed to Plaintiff* on the following in the manner indicated below:

**By CM/ECF and U.S. Mail**

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
SRennie@foxrothschild.com

Gerald E. Arth, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
GArth@foxrothschild.com

*Counsel for Plaintiff M. Diane Koken*

**By CM/ECF and U.S. Mail**

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
SBellew@cozen.com
DFelice@cozen.com

*Counsel for Third Party Defendant Zurich-American Ins. Co.*

　　　　　　　　　　　　　　　/s/ John M. Seaman (#3868)
　　　　　　　　　　　　　　BOUCHARD MARGULES & FRIEDLANDER, P.A.
　　　　　　　　　　　　　　Andre G. Bouchard (#2504)
　　　　　　　　　　　　　　John M. Seaman (#3868)
　　　　　　　　　　　　　　222 Delaware Ave, Suite 1400
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　Telephone: (302) 573-3500
　　　　　　　　　　　　　　abouchard@bmf-law.com
　　　　　　　　　　　　　　jseaman@bmf-law.com