IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>           Plaintiff,<br><br>-v-<br><br>GPC INTERNATIONAL, INC.<br><br>           Defendant. | No. 05 CV 223 (SLR) |
| GPC INTERNATIONAL, INC.<br><br>           Third-Party Plaintiff<br><br>-v-<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>           Third-Party Defendant. | |

**GPC INTERNATIONAL, INC.'S
MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**

Pursuant to Fed. R. Civ. P. 15(a), Defendant and Third-Party Plaintiff GPC International, Inc. ("GPC"), by and through its undersigned counsel, hereby moves for an Order, in the form attached hereto, for leave to file an amended answer to the complaint.

The grounds for GPC's motion are fully set forth in the accompanying memorandum of law.

                                            BOUCHARD MARGULES & FRIEDLANDER, P.A.

Of Counsel:

By /s/ John M Seaman

Herbert C. Ross, Esquire
Lori Marks-Esterman, Esquire
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

    Andre G. Bouchard (#2504)
    John M. Seaman (#3868)
    222 Delaware Ave, Suite 1400
    Wilmington, DE 19801
    Telephone: (302) 573-3500
    abouchard@bmf-law.com
    jseaman@bmf-law.com

Dated: April 13, 2006                    Attorneys for Defendant GPC International, Inc.