IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) 1311 Strawberry Square Harrisburg, Pennsylvania 17120<br><br>                Plaintiff,<br><br>    -v-<br><br>GPC INTERNATIONAL, INC.<br><br>                Defendant. | No. 05 CV 223 (SLR) |
| GPC INTERNATIONAL, INC.<br><br>                Third-Party Plaintiff<br><br>    -v-<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>                Third-Party Defendant. | |

## ORDER

The Court having reviewed Defendant and Third-Party Plaintiff GPC International, Inc.'s ("GPC") Motion for Leave to File an Amended Answer (the "Motion"), the opposition thereto, and having considered all other evidence of record,

IT IS HEREBY ORDERED this ___ day of _____, 2006, that:

1. GPC's Motion is GRANTED;

2. GPC may file its Amended Answer on the docket in this case.

_____
The Honorable Sue L. Robinson