## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on April 13, 2006, I caused to be served a true and correct copy of the foregoing *GPC International, Inc.'s Motion for Leave to File an Amended Answer. Ross* on the following in the manner indicated below:

**By CM/ECF and U.S. Mail**

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
SRennie@foxrothschild.com

Gerald E. Arth, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
GArth@foxrothschild.com
*Counsel for Plaintiff M. Diane Koken*

**By CM/ECF and U.S. Mail**

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
SBellew@cozen.com
DFelice@cozen.com
*Counsel for Third Party Defendant Zurich-American Ins. Co.*

    /s/ John M. Seaman (#3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504)
John M. Seaman (#3868)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
jseaman@bmf-law.com
*Counsel for Defendant and Third Party Plaintiff GPC International, Inc.*