# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

M. DIANE KOKEN, in her official capacity as
Insurance Commissioner of the Commonwealth
of Pennsylvania, as Liquidator of RELIANCE
INSURANCE COMPANY (IN LIQUIDATION)
1311 Strawberry Square
Harrisburg, Pennsylvania 17120

Plaintiff,

-v-

GPC INTERNATIONAL, INC.
510 Broadhollow Road
Melville, NY 11747

Defendant.

GPC INTERNATIONAL, INC.
510 Broadhollow Road
Melville, NY 11747

Third-Party Plaintiff,

-v-

ZURICH-AMERICAN INSURANCE
COMPANY
P.O. Box ZZ
Jamaica, NY 11430

Third-Party Defendant.

No. 05 CV 223 (SLR)

**STIPULATION AND ORDER AS TO DEADLINE FOR PLAINTIFF
TO FILE A RESPONSE TO GPC INTERNATIONAL, INC'S
<u>MOTION FOR LEAVE TO FILE AN AMENDED ANSWER</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that, subject to the approval of the Court, the deadline for

Plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation), to file a response to Defendant GPC International, Inc.'s Motion for Leave to File an Amended Answer is May 1, 2006.

| | |
|---|---|
| FOX ROTHSCHILD LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| By: /s/ Sheldon K. Rennie (#3772)<br>Sheldon Kevin Rennie, Esquire (#3772)<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>Telephone: (302) 622-4202<br>srennie@foxrothschild.com | By: /s/ John M. Seaman, Esquire (#3868)<br>Andre G. Bouchard, Esquire (#2504)<br>John M. Seaman, Esquire (#3868)<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com |
| *Attorneys for Plaintiff*<br>*M. Diane Koken* | *Attorneys for Defendant and Third-Party Plaintiff*<br>*GPC International, Inc.* |

COZEN O'CONNOR

By: /s/ Sean J. Bellew (#4072)
Sean J. Bellew, Esquire (#4072)
David A. Felice, Esquire (#4090)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 259-2000
sbellew@cozen.com
dfelice@cozen.com

*Attorneys for Third-Party Defendant*
*Zurich American Insurance Company*

Dated: April 24, 2006

    IT IS SO ORDERED this _____ day of _____, 2006.

                                                  _____
                                                  Chief Judge Sue L. Robinson