IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | <br><br><br><br><br><br><br><br>C.A. No. 05-223 (SLR) |
| GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | |

## SECOND AMENDING SCHEDULING ORDER

WHEREAS, Defendant and Third–Party Plaintiff GPC International, Inc. has moved for an order, pursuant to Rule 6(b), Fed. R,. Civ. P., for a Second Amended Scheduling Order, extending thereby the current deadlines on service of any experts' reports, completion of fact discovery, and completion of expert discovery.

IT IS HEREBY ORDERED that the deadlines for the matters identified below are extended to the following dates:

497155-1

1. All fact discovery shall be commenced in time to be completed by **June 15, 2006** (as adjourned from the date of May 15, 2006 in the Amended Scheduling Order).

2. All expert discovery shall be commenced in time to be completed by **July 31, 2006** (as adjourned from date of June 14, 2006 in the Amended Scheduling Order).

3. Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due to be served by **June 20, 2006** (as adjourned from the date of May 1, 2006 in the Amended Scheduling Order).

4. Rebuttal expert reports are due to be served by **July 10, 2006** (as adjourned from the date of May 20, 2006 in the Amended Scheduling Order).

All other dates in the Court's August 16, 2005, Scheduling Order remain unchanged and the commencement of trial in this action remains scheduled for September 5, 2006.

Dated: May __, 2006

                                                                                      _____
                                                                                      United States District Judge