IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 05-223 |
| GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of plaintiff's, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation) Objections and Responses to Defendant, GPC International, Inc.'s First Set of Interrogatories Addressed to Plaintiff, pursuant to Federal Rules of Civil Procedure 33 were served on May 1, 2006 upon the following counsel in the manner indicated:

DTI 160713v1 05/01/06

*Via* <u>U.S. First Class Mail</u>

Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Andre Bouchard, Esquire
John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Sean J. Bellew, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Third-party Defendant*
*Zurich-American Insurance Company*

        /s/ Sheldon K. Rennie (#3772)
Sheldon K. Rennie
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street
Suite 1300, 13th Floor
Wilmington, DE 19801-2323
(302) 654-7444

and

                        Gerald E. Arth
                        Cheryl A. Garber
                        FOX ROTHSCHILD LLP
                        2000 Market Street – 10th Floor
                        Philadelphia, PA  19103
                        (215) 299-2000
                        *Attorneys for plaintiff,*
                        *M. Diane Koken, in her official capacity*
                        *as Insurance Commissioner of the*
                        *Commonwealth of Pennsylvania,*
                        *as Liquidator of Reliance Insurance*
                        *Company (In Liquidation)*

Dated:  May 1, 2006