IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) : : : : : : Plaintiff, : : v. : : GPC INTERNATIONAL, INC. : : Defendant. : | CIVIL ACTION<br><br>NO. 05-CV-223 (SLR) |
| GPC INTERNATIONAL, INC. : : Third-Party Plaintiff, : : v. : : ZURICH-AMERICAN INSURANCE COMPANY : : Third-Party Defendant. : | |

### ORDER

This matter having been brought before the Court by the Motion of Defendant GPC International, Inc. for Leave to File an Amended Answer, and the Court having considered Defendant's Motion and the opposition of Plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation):

IT IS on this _____, day of _____, 2006

DT1 160104v3 05/01/06

2

ORDERED that Defendant's Motion for Leave to File an Amended Answer is DENIED.

BY THE COURT:

_____
Chief Judge Sue L. Robinson