## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of Plaintiff's Memorandum of

Law in Opposition to Defendant's Motion for Leave to File an Amended Answer was served *via*

First Class Mail, postage prepaid upon the following:

> Herbert C. Ross, Esquire
> Olshan Grundman Frome Rosenzweig & Wolosky LLP
> Park Avenue Tower
> 65 East 55th Street
> New York, NY 10022
> *Attorneys for Defendant/Third-Party Plaintiff*
> *GPC International, Inc.*
>
> Andre Bouchard, Esquire
> John M. Seaman, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue
> Suite 1400
> Wilmington, DE 19801
> *Attorneys for Defendant/Third-Party Plaintiff*
> *GPC International, Inc.*
>
> Sean J. Bellew, Esquire
> Cozen O'Conner
> 1201 North Market Street
> Suite 1400
> Wilmington, DE 19801
> *Attorneys for Third-Party Defendant*
> *Zurich-American Insurance Company*

> By:   /s/ Sheldon K. Rennie (#3772)

Dated:  May 1, 2006