IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| GPC INTERNATIONAL, INC. | : : | C.A. No. 05-223 (SLR) |
| Defendant. | : : : | |
| GPC INTERNATIONAL, INC. | : : : | |
| Third-Party Plaintiff, | : : : | |
| v. | : : | |
| ZURICH-AMERICAN INSURANCE COMPANY | : : : | |
| Third-Party Defendant. | : | |

**GPC INTERNATIONAL INC.'S
NOTICE OF SERVICE OF SUBPOENA UPON
CALIFORNIA INSURANCE GUARANTEE ASSOCIATION**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on May 4, 2006, counsel for defendant and third-party plaintiff, GPC International, Inc., served the attached subpoena on the California Insurance Guaranty Association ("CIGA")

**By CM/ECF, Hand and Email**

Sheldon Kevin Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
SRennie@foxrothschild.com

*Counsel for Plaintiff M. Diane Koken*

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen & O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
SBellew@cozen.com
DFelice@cozen.com

*Counsel for Third Party Defendant Zurich-American Ins. Co.*

**By Email and U.S. Mail**

Gerald E. Arth, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
GArth@foxrothschild.com

*Counsel for Plaintiff M. Diane Koken*

|  | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| Of Counsel: | |
| | By /s/ John M. Seaman |
| Herbert C. Ross, Esquire | Andre G. Bouchard (#2504) |
| Lori Marks-Esterman, Esquire | John M. Seaman (#3868) |
| OLSHAN GRUNDMAN FROME | 222 Delaware Ave, Suite 1400 |
| ROSENZWEIG & WOLOSKY LLP | Wilmington, DE 19801 |
| Park Avenue Tower | Telephone: (302) 573-3500 |
| 65 East 55th Street | abouchard@bmf-law.com |
| New York NY 10022 | jseaman@bmf-law.com |
| | |
| Dated: May 5, 2006 | *Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.* |