IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION) : : : : : : Plaintiff, : : v. : : GPC INTERNATIONAL, INC. : : Defendant. : | CIVIL ACTION<br><br>NO. 05-223 |
| GPC INTERNATIONAL, INC. : : Third-Party Plaintiff, : : v. : : ZURICH-AMERICAN INSURANCE COMPANY : : Third-Party Defendant. : | |

## NOTICE OF SERVICE

The undersigned hereby certifies that plaintiff M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation) served Notices of Deposition directed to Donald Fleischauer and Michael Berman c/o defendant, GPC International, Inc. pursuant to the Federal Rules of Civil Procedure on May 5, 2006 upon the following counsel in the manner indicated:

**By U.S. First Class Mail**

Herbert C. Ross, Esquire
Lori Marks-Esterman, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Andre Bouchard, Esquire
John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*
*GPC International, Inc.*

Sean J. Bellew, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Third-party Defendant*
*Zurich-American Insurance Company*

                         **/s/ Sheldon K. Rennie (#3772)**
                         Sheldon K. Rennie
                         FOX ROTHSCHILD LLP
                         Citizens Bank Center
                         919 North Market Street
                         Suite 1300, 13th Floor
                         Wilmington, DE 19801-2323
                         (302) 654-7444

                         and

                                                Gerald E. Arth
                                                Cheryl A. Garber
                                                FOX ROTHSCHILD LLP
                                                2000 Market Street – 10th Floor
                                                Philadelphia, PA  19103
                                                (215) 299-2000
                                                *Attorneys for plaintiff,*
                                                *M. Diane Koken, in her official capacity*
                                                *as Insurance Commissioner of the*
                                                *Commonwealth of Pennsylvania,*
                                                *as Liquidator of Reliance Insurance*
                                                *Company (In Liquidation)*

Dated: May 8, 2006