IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.,<br><br>Defendant.<br>―――――――――――――――――――<br>GPC INTERNATIONAL, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY,<br><br>Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 05-223-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on June 1, 2006, *Third-Party Defendant Zurich-American Insurance Company's Answers to GPC International, Inc.'s First Set of Interrogatories* were served upon the following parties via hand delivery:

| | |
|---|---|
| John M. Seaman, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Sheldon Kevin Rennie, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323 |

Dated: June 1, 2006

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
  *Attorneys for Third-Party Defendant,*
  *Zurich American Insurance Company*

WILMINGTON\33798\2176825.000