IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 05-CV-223 (SLR) |
| GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | |

## ORDER

This matter having been brought before the Court by the Motion of Defendant/Third-Party Plaintiff GPC International, Inc. ("GPC") for Adjournment of Discovery Schedule and Trial and Amendment of Scheduling Order, and the Court having considered GPC's Motion and the opposition of Plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation):

IT IS on this _____ day of _____, 2006

ORDERED that GPC's Motion for Adjournment of Discovery Schedule and Trial and Amendment of Scheduling Order is DENIED.

BY THE COURT:

_____
Chief Judge Sue L. Robinson