# EXHIBIT 1

## John Seaman

**From:**       Arth, Gerald [GArth@foxrothschild.com]
**Sent:**       Tuesday, June 13, 2006 5:21 PM
**To:**         Herbert C Ross
**Cc:**         John Seaman; Garber, Cheryl; Lori Marks-Esterman; SBellew@cozen.com
**Subject:**    RE: Koken, etc. v. GPC International

Herb:

Ordinarily, and as a simple matter of professional courtesy, I would not hesitate to agree
to an extension.  In this instance, however, an extension of the case deadlines would do
nothing but prejudice my client's interests while permitting GPC to pursue discovery to
support untenable defenses.  Accordingly, I cannot consent.

Jerry

-----Original Message-----
From: Herbert C Ross [mailto:HRoss@olshanlaw.com]
Sent: Monday, June 12, 2006 1:20 PM
To: SBellew@cozen.com; Arth, Gerald
Cc: jseaman@bmf-law.com; Garber, Cheryl; Lori Marks-Esterman
Subject: Koken, etc. v. GPC International

Jerry and Sean,

We ask that you each stipulate and agree to the following adjourned schedule for this
action:


1.     All fact discovery shall be commenced in time to be completed by
August 15, 2006

2.     All expert discovery shall be commenced in time to be completed
by October 31, 2006

3.     Reports from retained experts on issues for which any party has
the burden of proof due by September 8, 2006

4.     Rebuttal expert reports due by October 6, 2006

5.     Any motion in limine to be filed on or before November 7, 2006,
and any response thereto to be filed on or before November 14, 2006

6.            pretrial conference with the Court on November 21, 2006

7.     Trial to commence on  December 4, 2006

Please give me your response to our request herein ASAP.

Herb Ross

---

To ensure compliance with requirements imposed by the IRS, we inform you that unless
specifically indicated otherwise, any tax advice contained in this communication
(including any attachment to this communication, other than an attachment which is a
formal tax opinion) was not intended or written to be used, and cannot be used, for the
purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii)
promoting, marketing, or recommending to another party any tax-related matter addressed
herein.

This electronic transmission by the law firm of Olshan Grundman Frome Rosenzweig & Wolosky
LLP contains information that may be confidential or proprietary, or protected by the

attorney-client privilege or work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you have received this transmission in error, please notify <<<<GWAVAsig>>>>

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.
------------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual (s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.