**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)　　　Plaintiff,　　v.　　GPC INTERNATIONAL, INC.　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    C.A. No. 05-223 (SLR) |
| GPC INTERNATIONAL, INC.　　　Third-Party Plaintiff,　　v.　　ZURICH-AMERICAN INSURANCE COMPANY　　　Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to D. Del. LR 7.1.2, briefing on Defendant and Third-Party Plaintiff GPC International, Inc.'s ("GPC") Motion for Adjournment of Discovery Schedule and Trial and Amendment of Scheduling Order (the "Motion") is complete.

On June 13, 2006, GPC filed and served its Motion for Adjournment of Discovery Schedule and Trial and Amendment of Scheduling Order. (D.I. 56)

On June 27, 2006, Plaintiff, M. Diane Koken, as Liquidator of Reliance Insurance Company, filed and served Plaintiff's Response in Opposition to Defendant's Motion for

{BMF-W0011787.}

Adjournment of Discovery Schedule and Trial and Amendment of Scheduling Order. (D.I. 57)

On June 30, 2006, GPC filed and served its Reply in Further Support of its Motion for Adjournment of Discovery Schedule and Trial and Amendment of Scheduling Order. (D.I. 58)

All briefing related to the Motion has been completed. Pursuant to D. Del. LR. 7.1.4., GPC respectfully requests that oral argument be held on the Motion at the convenience of the Court, and that such argument be scheduled at the same time as argument on GPC's Motion for Leave to File an Amended Answer. (*See* D.I. 51, Notice of Completion of Briefing).

                                          BOUCHARD MARGULES & FRIEDLANDER, P.A.

Of Counsel:

By  /s/ John M. Seaman

Herbert C. Ross, Esquire            Andre G. Bouchard  (#2504)
Lori Marks-Esterman, Esquire      John M. Seaman (#3868)
OLSHAN GRUNDMAN FROME     222 Delaware Ave, Suite 1400
ROSENZWEIG & WOLOSKY LLP    Wilmington, DE  19801
Park Avenue Tower                 Telephone: (302) 573-3500
65 East 55th Street                  abouchard@bmf-law.com
New York NY 10022               jseaman@bmf-law.com

Dated:  July 3, 2006                *Attorneys for Defendant and Third-Party Plaintiff GPC International, Inc.*