# EXHIBIT B

## John Seaman

**From:**      Sison, Conrad V. [CSison@lordbissell.com]
**Sent:**      Wednesday, July 19, 2006 8:04 PM
**To:**        Herbert C Ross
**Subject:**   RE: protective order - Koken v. GPC

Herb:

I have reviewed the document.  CIGA cannot sign on to the stipulation nor will CIGA agree
to submit to the jurisdiction of the Delaware federal court.  All other terms are
generally acceptable.

Conrad V. Sison, Esq.
Lord, Bissell & Brook LLP
300 S. Grand Ave., Suite 800
Los Angeles, California 90071
Office:   (213) 687-6791
Fax:      (213) 341-6791
mailto:csison@lordbissell.com


-----Original Message-----
From: Herbert C Ross [mailto:HRoss@olshanlaw.com]
Sent: Friday, July 14, 2006 11:30 AM
To: SBellew@cozen.com; GArth@foxrothschild.com; Sison, Conrad V.
Cc: jseaman@bmf-law.com
Subject: protective order - Koken v. GPC

Counsel,

Atttached for your review and approval is a protective order addressed to confidentiality
of documents in the referenced action. Please respond to me ASAP on this protective order.

Herb Ross

To ensure compliance with requirements imposed by the IRS, we inform you that unless
specifically indicated otherwise, any tax advice contained in this communication
(including any attachment to this communication, other than an attachment which is a
formal tax opinion) was not intended or written to be used, and cannot be used, for the
purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii)
promoting, marketing, or recommending to another party any tax-related matter addressed
herein.

This electronic transmission by the law firm of Olshan Grundman Frome Rosenzweig & Wolosky
LLP contains information that may be confidential or proprietary, or protected by the
attorney-client privilege or work product doctrine. If you are not the intended recipient,
be aware that any disclosure, copying, distribution or use of the contents hereof is
strictly prohibited. If you have received this transmission in error, please notify
<<<<GWAVAsig>>>>


*********************************************************************
Internal Revenue Service regulations provide that a taxpayer may rely only on formal
written advice meeting specific requirements to avoid federal tax penalties.  Any tax
advice in the text of this message, or in any attachment, does not meet those requirements
and, accordingly, is not intended or written to be used, and cannot be used, by any
recipient to avoid any penalties that may be imposed upon such recipient by the Internal

Revenue Service.
********************************************************************
This message may contain information that is  privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.
********************************************************************

# EXHIBIT C

## John Seaman

| | |
|---|---|
| **From:** | Herbert C Ross [HRoss@olshanlaw.com] |
| **Sent:** | Friday, July 21, 2006 12:51 PM |
| **To:** | SBellew@cozen.com; GArth@foxrothschild.com |
| **Cc:** | John Seaman |
| **Subject:** | Fwd: RE: protective order - Koken v. GPC |



RE: protective
order - Koken v...

Jerry and Sean,

Do you any comments on the stipulated protective order addressed to confidentiality of
documents that I sent to you on July 14. Attached are the comments from Conrad Sison for
CIGA. Please respond to me ASAP.

Herb

---

To ensure compliance with requirements imposed by the IRS, we inform you that unless
specifically indicated otherwise, any tax advice contained in this communication
(including any attachment to this communication, other than an attachment which is a
formal tax opinion) was not intended or written to be used, and cannot be used, for the
purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii)
promoting, marketing, or recommending to another party any tax-related matter addressed
herein.

This electronic transmission by the law firm of Olshan Grundman Frome Rosenzweig & Wolosky
LLP contains information that may be confidential or proprietary, or protected by the
attorney-client privilege or work product doctrine. If you are not the intended recipient,
be aware that any disclosure, copying, distribution or use of the contents hereof is
strictly prohibited. If you have received this transmission in error, please notify
<<<<GWAVASig>>>>

## John Seaman

| | |
|---|---|
| **From:** | Sison, Conrad V. [CSison@lordbissell.com] |
| **Sent:** | Wednesday, July 19, 2006 8:04 PM |
| **To:** | Herbert C Ross |
| **Subject:** | RE: protective order - Koken v. GPC |

Herb:

I have reviewed the document.  CIGA cannot sign on to the stipulation nor will CIGA agree
to submit to the jurisdiction of the Delaware federal court.  All other terms are
generally acceptable.

Conrad V. Sison, Esq.
Lord, Bissell & Brook LLP
300 S. Grand Ave., Suite 800
Los Angeles, California 90071
Office:  (213) 687-6791
Fax:     (213) 341-6791
mailto:csison@lordbissell.com




-----Original Message-----
From: Herbert C Ross [mailto:HRoss@olshanlaw.com]
Sent: Friday, July 14, 2006 11:30 AM
To: SBellew@cozen.com; GArth@foxrothschild.com; Sison, Conrad V.
Cc: jseaman@bmf-law.com
Subject: protective order - Koken v. GPC

Counsel,

Atttached for your review and approval is a protective order addressed to confidentiality
of documents in the referenced action. Please respond to me ASAP on this protective order.

Herb Ross


---

To ensure compliance with requirements imposed by the IRS, we inform you that unless
specifically indicated otherwise, any tax advice contained in this communication
(including any attachment to this communication, other than an attachment which is a
formal tax opinion) was not intended or written to be used, and cannot be used, for the
purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii)
promoting, marketing, or recommending to another party any tax-related matter addressed
herein.

This electronic transmission by the law firm of Olshan Grundman Frome Rosenzweig & Wolosky
LLP contains information that may be confidential or proprietary, or protected by the
attorney-client privilege or work product doctrine. If you are not the intended recipient,
be aware that any disclosure, copying, distribution or use of the contents hereof is
strictly prohibited. If you have received this transmission in error, please notify
<<<<GWAVAsig>>>>


*********************************************************************
Internal Revenue Service regulations provide that a taxpayer may rely only on formal
written advice meeting specific requirements to avoid federal tax penalties.  Any tax
advice in the text of this message, or in any attachment, does not meet those requirements
and, accordingly, is not intended or written to be used, and cannot be used, by any
recipient to avoid any penalties that may be imposed upon such recipient by the Internal

Revenue Service.
*********************************************************************
This message may contain information that is  privileged, confidential and exempt from
disclosure under applicable law. If you are not the intended recipient (or authorized to
act on behalf of the intended recipient) of this message, you may not disclose, forward,
distribute, copy, or use this message or its contents. If you have received this
communication in error, please notify us immediately by return e-mail and delete the
original message from your e-mail system. Thank you.
*********************************************************************

# EXHIBIT D

**John Seaman**

| | |
|---|---|
| **From:** | Bellew, Sean [SBellew@cozen.com] |
| **Sent:** | Sunday, July 23, 2006 12:01 PM |
| **To:** | Herbert C Ross; GArth@foxrothschild.com |
| **Cc:** | John Seaman |
| **Subject:** | RE: RE: protective order - Koken v. GPC |


If Gerry has no issues, I will not.

Sean J. Bellew, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2026 (direct)
(302) 295-2013 (fax)


---------------------------------------------------------

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless
expressly stated otherwise, any U.S. federal tax advice contained in this e-mail,
including attachments, is not intended or written to be used, and cannot be used, by any
person for the purpose of avoiding any penalties that may be imposed by the Internal
Revenue Service.
---------------------------------------------------------

Notice: This communication, including attachments, may contain information that is
confidential and protected by the attorney/client or other privileges. It constitutes non-
public information intended to be conveyed only to the designated recipient(s). If the
reader or recipient of this communication is not the intended recipient, an employee or
agent of the intended recipient who is responsible for delivering it to the intended
recipient, or you believe that you have received this communication in error, please
notify the sender immediately by return e-mail and promptly delete this e-mail, including
attachments without reading or saving them in any manner. The unauthorized use,
dissemination, distribution, or reproduction of this e-mail, including attachments, is
prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is
not a waiver of any attorney/client or other privilege.
---------------------------------------------------------

                                         .

From: Herbert C Ross [mailto:HRoss@olshanlaw.com]
Sent: Friday, July 21, 2006 12:51 PM
To: Bellew, Sean; GArth@foxrothschild.com
Cc: jseaman@bmf-law.com
Subject: Fwd: RE: protective order - Koken v. GPC


Jerry and Sean,

Do you any comments on the stipulated protective order addressed to
confidentiality of documents that I sent to you on July 14. Attached are
the comments from Conrad Sison for CIGA. Please respond to me ASAP.

Herb

To ensure compliance with requirements imposed by the IRS, we inform you
that unless specifically indicated otherwise, any tax advice contained
in this communication (including any attachment to this communication,

other than an attachment which is a formal tax opinion) was not intended
or written to be used, and cannot be used, for the purpose of (i)
avoiding tax-related penalties under the Internal Revenue Code, or (ii)
promoting, marketing, or recommending to another party any tax-related
matter addressed herein.

This electronic transmission by the law firm of Olshan Grundman Frome
Rosenzweig & Wolosky LLP contains information that may be confidential
or proprietary, or protected by the attorney-client privilege or work
product doctrine. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of the contents hereof is
strictly prohibited. If you have received this transmission in error,
please notify <<<<GWAVAsig>>>>

# EXHIBIT E

## John Seaman

| | |
|---|---|
| **From:** | Arth, Gerald [GArth@foxrothschild.com] |
| **Sent:** | Sunday, July 23, 2006 11:01 AM |
| **To:** | Herbert C Ross; SBellew@cozen.com |
| **Cc:** | John Seaman; Garber, Cheryl; Rennie, Sheldon K. |
| **Subject:** | RE: RE: protective order - Koken v. GPC |

Herb:

The Liquidator of Reliance will not agree to the protective order.

Jerry

-----Original Message-----
From: Herbert C Ross [mailto:HRoss@olshanlaw.com]
Sent: Friday, July 21, 2006 12:51 PM
To: SBellew@cozen.com; Arth, Gerald
Cc: jseaman@bmf-law.com
Subject: Fwd: RE: protective order - Koken v. GPC


Jerry and Sean,

Do you any comments on the stipulated protective order addressed to
confidentiality of documents that I sent to you on July 14. Attached are
the comments from Conrad Sison for CIGA. Please respond to me ASAP.

Herb

_____

To ensure compliance with requirements imposed by the IRS, we inform you
that unless specifically indicated otherwise, any tax advice contained
in this communication (including any attachment to this communication,
other than an attachment which is a formal tax opinion) was not intended
or written to be used, and cannot be used, for the purpose of (i)
avoiding tax-related penalties under the Internal Revenue Code, or (ii)
promoting, marketing, or recommending to another party any tax-related
matter addressed herein.

This electronic transmission by the law firm of Olshan Grundman Frome
Rosenzweig & Wolosky LLP contains information that may be confidential
or proprietary, or protected by the attorney-client privilege or work
product doctrine. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of the contents hereof is
strictly prohibited. If you have received this transmission in error,
please notify <<<<GWAVAsig>>>>

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not
intended or written to be used, and cannot be used or relied upon by you or any other
person, for the purpose of (i)
avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any
tax advice addressed herein.
--------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of
the Individual (s)
named above. If you are not the intended recipient of this e-mail, or the employee or
agent responsible for delivering

1

this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly
prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or
notify us by e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP,
2000 Market Street, Philadelphia PA 19103-3291 via the U.S. Postal Service.  We will reimburse you for all expenses
incurred.

Thank you.