IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>    Plaintiff,<br><br>    v.<br><br>GPC INTERNATIONAL, INC.,<br><br>    Defendant and<br>    Third-Party Plaintiff,<br><br>    v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY,<br><br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-223-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 31st day of July, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for leave to file an amended answer (D.I. 37) is denied.

                                            /s/ Sue L. Robinson
                                            United States District Judge