# EXHIBIT 1

# OLSHAN

O L S H A N   G R U N D M A N   F R O M E   R O S E N Z W E I G   &   W O L O S K Y   L L P

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
July 26, 2006                         TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

By Federal Express

Gerald Arth, Esq.
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291

Sean J. Bellew, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

> Re:   Koken, etc.  v. GPC International, Inc. (United States District Court,
> District of Delaware, Civil Action, No. 05-223)

Dear Jerry and Sean:

Enclosed for each of you is a copy of the amended petition (including the exhibits thereto) which we understand was filed on July 21, 2006 in proceedings in California in connection with the worker's compensation claims of Frank Jamaica.

Sincerely yours,

Herbert C. Ross, Jr.

cc:   John Seaman, Esq. (with enclosure by Federal Express)
Cheryl Garber, Esq. (with enclosure by Federal Express)

NEW JERSEY OFFICE
2001 ROUTE 46 / SUITE 202
PARSIPPANY, NEW JERSEY 07054
TELEPHONE: 973.335.7400
508894-1                                    FACSIMILE: 973.335.8018

1 | **TROVILLION, INVEISS, PONTICELLO & DEMAKIS**       WCAB CODE: B8499
A Professional Corporation
2 | 1906 Commercenter East, Suite 200
San Bernardino, California 92408-3424
3 | (909) 890-2441

4 | Attorneys for Defendant

5

6

7

8 | WORKERS' COMPENSATION APPEALS BOARD

9 | STATE OF CALIFORNIA

10

11 | FRANK JAMAICA,                              ) CASE NOS:   ANA 0311896;
                                             )             ANA 0311897
12 |                  Applicant,                )
                                             )
13 | v.                                        )
                                             )
14 | GPC INTERNATIONAL, dba PLANHOLD;)  **A M E N D E D    P E T I T I O N   F O R**
CIGA administered by its servicing facility) **CONTRIBUTION/REIMBURSEMENT**
15 | CAMBRIDGE INTEGRATED SERVICES)
GROUP, INC.; ZURICH-AMERICAN)
16 | INSURANCE GROUP;                          )

17 |                  Defendants.

18 | _____

19

20 |        COMES NOW DEFENDANT, CALIFORNIA INSURANCE GUARANTEE ASSOCIATION,

21 | (hereinafter CIGA), administered by its servicing facility, CAMBRIDGE INTEGRATED SERVICES

22 | GROUP INC., on behalf of RELIANCE INSURANCE COMPANY (in Liquidation), by and through

23 | its attorneys of record, TROVILLION, INVEISS, PONTICELLO & DEMAKIS, and hereby amends its

24 | Petition for Contribution and petitions for contribution/reimbursement of benefits paid to date.

**FACTUAL HISTORY**

25 |        Applicant, Frank Jamaica, born April 8, 1960, while employed as an assembler for GPC

26 | INTERNATIONAL, dba PLAN HOLD CORP., (hereinafter "GPC"), allegedly sustained injury to

27 | his groin, right leg, and left shoulder arising out of two specific injuries (January 10, 1995, and April

28

1

19, 1996), and an alleged cumulative trauma for the period of April 19, 1995, through April 19, 1996.

GPC was insured for workers' compensation by RELIANCE INSURANCE COMPANY for the period including January 10, 1995, through June 30, 1995. GPC was insured by ZURICH-AMERICAN INSURANCE GROUP (hereinafter "ZURICH") for the period of July 1, 1995, through April 19, 1996.[1]  Based on these coverage dates, Reliance had coverage for 73 days out of the year preceding the April 19, 1996 injury. This amounts to 20% of the last year of industrial exposure. ZURICH had coverage for 293 days, or 80% of the last year of industrial exposure.

Although the applicant submitted DWC 1 claim forms for three industrial injuries, he has only filed Applications for Adjudication of Claim for two of the injuries:

1.     Case Number ANA 0311896 is a specific injury which occurred on January 10, 1995 (Reliance Coverage). The original DWC-1, written by the employer's representative and signed by the employee, describes the injury location as "the right leg". ( The claimant waited 21 days to report this alleged injury.) This claim for benefits was filled out February 1, 1995. (EXHIBIT A)

A second DWC 1 Claim for benefits for the same injury date (January 10, 1995) was typed and reported on March 17, 1997.   It states that his groin, right leg and shoulder were injured (this is the first mention of a shoulder injury) "while holding cabinet, standing on conveyor, I stepped on the tape table. It moved, I fell into split position and fell off table onto floor." (EXHIBIT B) On the same date, an Application for Adjudication of Claim was completed by applicant's attorney, Brent M. Thompson. (EXHIBIT C)

2.     On April 25, 1996, (Zurich coverage) an Employee's Claim for Workers Compensation Benefits was filled out and signed by the applicant. It claimed a date of injury of April 19, 1996 (Zurich coverage) with the injury being "epididymitis" (EXHIBIT D).  No Application for Adjudication of Claim was filed for that specific date of injury.

---

[1] Zurich's actual policy period extended to June 30, 1996.  On January 4, 1996, Zurich changed its policy period from a mid-year policy period to a calendar year policy December 31, 1995 to December 31, 1996.

3.     A date of injury of April 19, 1995, through April 19, 1996, CT (cumulative trauma) was typed on a Claim for Benefits dated March 17, 1997. This claim form described the injury and body part affected as "groin, right leg, shoulder, stress and strain of regular job duties." (EXHIBIT E) (It should be noted that this was the first mention of a shoulder injury.) An Application for Adjudication of Claim was filed on the same date for this injury, resulting in a Case Number of ANA 0311897. (EXHIBIT F)

The first medical report describing the applicant's January 10, 1995 injury is dated February 2, 1995. Mr. Jamaica went to Pacific Walk-In Medical Center in Fountain Valley. He saw Dr. Jeffrey Sudeith. He stated that "while working, packing cabinets, I felt a pull in my right leg." He was diagnosed with a groin strain with epididymitis. (EXHIBIT G) He was returned to work with limitations of no lifting over thirty pounds. He also had limitation of avoiding repetitive bending, stooping or squatting through February 6, 1995. (EXHIBIT H) These work restrictions remained in effect until March 1, 1995, at which time a work status form from Pacific Walk-In Medical Center stated Mr. Jamaica was discharged to return to work unrestricted.(EXHIBIT I) (This January 10, 1995 claim was closed by Reliance in April of 1995 with total expenditures of $247.00. Mr. Jamaica worked with minimum sick time for the remainder of 1995).

A February 6, 1995, Supervisor's Report of Injury states that Mr. Jamaica was packing cabinets and using a lift table which moved. He had a right groin strain. (EXHIBIT J)

For the April 19, 1996, injury (Zurich coverage) for which Mr. Jamaica filed an April 25, 1996, DWC-1 for epididymitis, a contemporaneous Supervisor's Report of Injury was signed by Jim H., and states that the employee was "working on a master file." The accident occurred "when he was moving the master file." He suffered "muscle strain." A note at the bottom of this report states that "employee opted to wait until Monday the 22nd to go to the doctor." (EXHIBIT K)

On a Work Status Form of April 25, 1996, (Zurich coverage) he was given a return to work with limitations of "no lifting more than five pounds, sedentary bench or desk work preferred, avoid repetitive bending, stooping or squatting, should avoid prolonged walking or standing. Not permitted to work on ladder, scaffolding, poles or above ground level."(EXHIBIT L) A Doctor's First Report of Occupational Injury or Illness, dated April 25, 1996, by David Dunckel, M.D. stated

1    that "the April 19, 1996 accident  happened when he was working in the line at work.  He works on a

2    table, the table started to roll, he fell into the split.  Groin injury."  It also states that the patient's

3    handwritten signed description  is on the file.  This report also described a similar accident by

4    Applicant of "one year ago".(EXHIBIT M)

5              In his deposition, taken March 3, 1999, Mr. Jamaica testified that his shoulder had

6    hurt him right away,  but his testicular pain was worse.  (However, the first mention of a shoulder

7    injury was in the history of injury by Dr. Martin Klein (April 23, 1997) in an Internal Medicine

8    AME.)  Mr. Jamaica also testified  that the left shoulder pain increased with the April, 1996,  injury

9    (even though the first medical report of the April 19, 1996, injury did not contain any mention of a

10    shoulder injury).  He also testified  that the testicular pain was worse after the April, 1996,  injury.

11    (EXHIBIT  N:  pages 27-31, Deposition).

12              Over the next two years, Mr. Jamaica saw several doctors regarding his testicular pain

13    and shoulder pain.  He saw Dr. Scott Lee regarding his testicular pain.  In October, 1996, the report

14    was that his constant pain was worse with movement.  Dr. Lee's chart notes also state that Mr.

15    Jamaica  had testicular pain for eight months previously.  He opined several causes including mumps.

16    (EXHIBIT T)  In November, 1996, he stated he had thigh and back pain that radiated.  He stated it

17    was sharp pain.  In February, 1997, he saw Dr. D. House and told him  his injury in April, 1996, was

18    due to a moving belt.

19              Dr. Clifford Marshall, an Agreed Medical Examiner Urologist, on June 3, 1997,

20    stated that over 1½-2 years he aggravated his injury several times while performing his usual and

21    customary job functions.  He further opined that the applicant was permanent and stationary.

22    (EXHIBIT O: AME Report 6/3/97,p.7)

23              Also, in June, 1997, Dr. Stephen M. Ma wrote in a report to Zurich that in reviewing

24    the medical records the one thing that was consistent was that the patient's history concerning his

25    injuries was inconsistent.  He pointed out that not only did different medical reports state different

26    methods of injury, but that in some reports he claimed  no other injuries, and in other reports he

27    mentions the original (January, 1995) injury, and in some reports he includes the shoulder injury.

28    However, Dr. Ma felt that there was no cumulative trauma, but two separate injuries. (EXHIBIT P:

1 | 6/2/97 Report, p.11) Dr. Ma also opined that the January 10, 1995, injury was diagnosed as a leg

2 | strain with epididiymitis, generally not an industrial injury. He also comments that medical records

3 | before 1997 do not support the current work injury claim of an injury to his left shoulder.

4 | Mr. Jamaica was sent to Dr. H. Rahman for an Orthopedic Consultation (1-27-98),

5 | after which he became the primary treating physician. Dr. Rahman declared Mr. Jamaica permanent

6 | and stationary orthopedically on September 2, 1999.

7 | Finally, on April 5, 2004, WCALJ Nancy Gordon approved the Compromise and

8 | Release settlement agreement on both case numbers ANA 0311896 (January 10, 1995) and ANA

9 | 0311897 (04/19/95 -04/19/96 CT).    A true and correct copy of the Order Approving and the

10 | Compromise and Release agreement is attached hereto and incorporated herein by reference as

11 | EXHIBIT  Q .

12 |

13 | **DISCUSSION**

14 | Importantly, Mr. Jamaica was never declared temporarily totally disabled after the

15 | January 10, 1995, injury.  He was returned to full duty on March 1, 1995, and the claim was

16 | subsequently closed by Reliance in April, 1995, after paying the nominal medical expenses.

17 | However, after Mr. Jamaica saw the doctor on April 23, 1996, (now under Zurich's

18 | coverage) he was declared to be temporarily totally disabled for four days. Further, it is obvious that the

19 | modified work duties were much greater after this April 19, 1996 injury (i.e., no lifting over 30 pounds

20 | for the first injury and no lifting over 5 pounds for this second injury, etcetera). (EXHIBIT H&L)

21 | Clearly, the medical reporting also shows that Dr. Rahman was confused between the

22 | two specific injuries. His November 24, 2003, letter states that the second injury (April, 1996, Zurich

23 | coverage) caused his increased level of pain and discomfort, especially to the shoulder

24 | region."(EXHIBIT R)

25 | Dr. Rahman also refers to Mr. Jamaica's deposition testimony recalling pages 27-29 in

26 | which the applicant states that his testicular pain increased after the April 19, 1996, injury to the point

27 | of vomiting.  Inexplicably, Dr. Rahman then confirms two separate injuries and charges a greater

28 | percent of disability to the first injury.

1      Mr. Jamaica was returned to full duty March 3, 1995. He did not seek industrial medical

2    treatment again until April 23, 1996, over one year later and AFTER the April 19, 1996 injury. As

3    mentioned previously, after his April 25, 1996, visit to Pacific Walk-In Medical Center, his work

4    restrictions are much more severe (EXHIBIT L).

5      Although the disability is (erroneously) apportioned by Dr. Rahman(11-23-04 letter) (EXHIBIT

6    R), the expenses should not be because Mr. Jamaica's medical expenses greatly increased AFTER the

7    second injury ( under Zurich coverage), due to the second injury.

8      Also, the medical reports are inconsistent in the reporting of the history of this claim. (See Dr.

9    Ma (June 2, 1997 report) page 11).

10      Further, the many physicians who evaluated Mr. Jamaica cannot decide as to whether or not there

11    was a cumulative trauma. Dr. Jack Piasecki stated that there are two separate injuries. However, Dr.

12    Piasecki noticed an increase in pain after the April, 1996, injury. Dr. Rahman adopts Dr. Piasecki's

13    reasoning ( 11/23/04) although he admits that "the April 19, 1996 injury (Zurich coverage) caused his

14    increased level of pain and discomfort, especially to the shoulder region."(November, 2003, letter)

15    Once again, there is no mention of a shoulder injury until 1997.

16      Dr. Marshall's report dated June 3, 1997, opines that the applicant's pain and injury were

17    aggravated over 1½-2 years. (EXHIBIT O) If the pain and injury occurred over a period of 1 ½ years,

18    the whole injury claim would be under the Zurich coverage. If the injury occurred over a 2 years period

19    (in actuality a cumulative trauma), the claim's expenses would either be subject to apportionment

20    between CIGA ( Reliance) and Zurich or totally the responsibility of ZURICH under Labor Code §

21    1063.1.

22

23                          **REIMBURSEMENT CONTRIBUTION REQUESTED**

24      In this case, all benefits, as well as the proceeds from the Compromise and Release, were paid

25    by defendant California Insurance Guarantee Association(CIGA). Based on the foregoing facts and

26    discussion. CIGA requests the issuance of an Order Compelling Defendant Zurich to Reimburse CIGA

27    under the following theories:

28      I.    If it is determined that a cumulative trauma can be gleaned from Dr. Marshall's report

1   (June 3, 1997), Zurich would have to reimburse CIGA all of the expenses of this case due to Labor Code

2   § 1063.1.  CIGA is not liable for any part of any injury if a solvent insurer is liable for any part of the

3   injury.  (*CIGA v. WCAB*) (Weitzman) 128 Cal. App. 4th 307 (2005); *CIGA v. WCAB* (Hooten) 128

4   Cal.App. 4th 569.

5              Further, case number ANA 03118967 was filed as a cumulative trauma, and the

6   Compromise and Release approved on April 5, 2004, settled this case.  Therefore, a cumulative trauma

7   was settled and the aforementioned Labor Code § 1063.1 applies.

8              Finally, the applicant's own testimony in his March 10, 1990 deposition lends credence

9   to this result as does the aforementioned report of Dr. Marshall.

10  **Defendant CIGA's total claim for reimbursement, therefore, equals $331, 579.64.**

11  **II.**      In the alternative, if it is determined that  there are two separate and distinct injuries, it

12  is obvious that Mr. Jamaica returned to full duty after his treatment for his original injury.  On March

13  1, 1995, he returned to work and performed his full duties for over 1¼  years until his April 19, 1996,

14  injury under Zurich's coverage period.   With a specific injury, Zurich should owe <u>all</u> of the medical,

15  temporary disability, permanent disability, and rehabilitation expenses as the carrier in the last year of

16  industrial exposure (Labor Code §5500.5).

17  **Defendant CIGA's total claim for reimbursement, therefore, equals $331,579.64**.

18  **III.**      In another alternative, Zurich owes at least 80% (293 days of 365 days) of the expense

19  of this claim to CIGA.

20              1.      By virtue of their  coverage period during the last year prior to the injury(July 1,

21  1995-April 19, 1996).

22              2.      By virtue of the testimony by the applicant that his pain was worse following the

23  second injury.

24              3.      After the first injury, he returned to work and full duty.  After the Zurich injury

25  (April 19, 1996), the applicant had to have multiple surgeries and be vocationally retrained.

26       <u>The expenditures were:</u>

27       **Medical Expenditures:**                $131,036.63 x 80% = $104,829.30

28       **Temporary Disability:**                $ 87,853.25 x 80% = $ 70,282.60

1    **Rehabilitation Expenditures:**          $ 15,189.76 x 80% = $ 12,151.81

2    **Permanent Disability Settlement Proceeds:**     $ 97,500.00 x 80% = $ 78,000.00

3    **Defendant CIGA's total claim for reimbursement, therefore, equals $265,263.71.**

4          Attached hereto as Petitioner's EXHIBIT S is a true and correct copy of a printout of all benefits

5    paid prior to the issuance of the Compromise and Release agreement, as well as benefits paid pursuant

6    to the Order Approving Compromise and Release.

7          Defendant CIGA respectfully requests that an Order issue compelling co-defendant ZURICH to

8    reimburse CIGA for the amount of $331,579.64 in total.   In the alternative, Defendant CIGA

9    respectfully, requests that an Order issue compelling co-defendant ZURICH to reimburse CIGA for the

10   amount of $265,263.71.

11         By copy of this Petition and Exhibits,  and based upon all pleadings and medical evidence, the

12   Petitioner, California Insurance Guarantee Association (CIGA) requests contribution and reimbursement

13   from Zurich-American Insurance Group as the Court so orders.

14

15   Dated:  7/21/06          Respectfully submitted,

16                            TROVILLION, INVEISS, PONTICELLO & DEMAKIS

17

18                            BY

19                            CARYN BROWN MERIWETHER
                              Attorney for Defendant

8

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

COURT:              Workers' Compensation Appeals Board
CASE TITLE:         Frank Jamaica v. GPC International
CASE NUMBER:        ANA 0311896; ANA 0311897

I, Julie Juarez, declare as follows:

I am employed with the law firm of Trovillion, Inveiss, Ponticello & Demakis, 1906 Commercenter East, Suite 200, San Bernardino, CA 92408. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On July 21, 2006, I served the following:

**AMENDED PETITION FOR CONTRIBUTION/REIMBURSEMENT**

on the below parties in this action by placing a true copy (copies) thereof in a separate envelope(s), addressed as shown, for collection and mailing on the below indicated day pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the U.S. Postal Service on the same day in the ordinary course of business:

WORKERS COMPENSATION APPEALS BOARD
28 CIVIC CENTER PLAZA, R9OOM 451
SANTA ANA, CA 92701

FRANK JAMAICA
2115 PARK DRIVE
SANTA ANA CA 92702;

ZURICH-AMERICAN INS. GROUP, REP. BY TOBIN-LUCKS
18201 VON KARMAN AVENUE, STE 440,
IRVINE CA 92612
Attention Mia Evans

CAMBRIDGE INTEGRATED SERVICES GROUP, INC.
P O BOX 15901
SACRAMENTO, CA 95822
Claim No(s).: 0027405665; 0027416593
Attention Roberta Williams

CRAIG S. WASSERMAN
12502 BEACH BLVD. STE 15
STANTON CA 90680

(Courtesy Copy)
WORKERS' COMPENSATION JUDGE,
Retired
Arbitration and Mediation Services
P.O. Box 662
Newport Beach, CA 92661
Attention Phillip A. Mark

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 21, 2006, at San Bernardino, California.

_____
Julie Juarez

# EXHIBIT A

State of California
*Department of Industrial Relations*
DIVISION OF WORKERS' COMPENSATION

*Departamento de Relaciones Industriales*
DIVISION DE COMPENSACION DEL TRABAJADOR

## EMPLOYEE'S CLAIM FOR WORKERS' COMPENSATION BENEFITS

If you are injured or become ill because of your job, you are entitled to workers' compensation benefits.

Complete the **"Employee"** section and give the form to your employer. Keep the copy marked **"Employee's Temporary Receipt"** until you receive the dated copy from your employer. You may contact the State's Office of Benefit Assistance and Enforcement at **1-800-736-7401** if you need help in filling out this form or in obtaining your benefits. An explanation of workers' compensation benefits is included on the reverse of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

## RECLAMO DEL EMPLEADO PARA BENEFICIOS DE COMPENSACION DEL TRABAJADOR

*Si usted se ha leisonado o se ha enfermado en o a causa de su trabajo, Ud. tiene derecho de recibir beneficios de compensación del trabajador.*

*Complete la sección "Empleado" y entregue el reclamo a su empleador. Guárdese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia fechada de su empleador. Si Ud. necesita ayuda para completar este reclamo o para obtener sus beneficios, póngase en contacto con la Oficina Estatal de Asistencia para Beneficios y Ejecución de la ley (Aplicación) llamando al 1-800-736-7401. Al dorso de esta forma se encuentra una explicación de los beneficios de compensación del trabajador.*

*Ud. también debería de haber recibido de parte de su empleador un folleto describiendo los beneficios de compensación del trabajador lesionado y el procedimiento para obtenelos.*

---

**Employee  *Empleado:***

1. Name *Nombre*  __Jose Jamaica__    Today's Date *Fecha de hoy*  __2-1-95__

2. Home address *Dirección*  __600 W 3St  #B118__

3. City *Ciudad*  __Santa ana__    State *Estado*  __CA__    Zip *Código Postal*  __92701__

4. Date of injury. *Fecha de la lesión (accidente).*  __1-10-95__    Time of injury. *Hora en que ocurrió*  __9:30__ ☑ a.m. ☐ p.m.

5. Address/place where injury happened. *Dirección/lugar dónde ocurrió el accidente.*  __Plan Held working__

6. Describe injury and part of body affected. *Describa la lesión y la parte del cuerpo afectada.*  __the Right leg__

7. Signature of employee. *Firma del empleado.*  __Jose Jamaica__

---

**Employer** (complete this section and give the employee a copy immediately as a receipt):
***Empleador:*** *(complete esta seccion y dele immediatamente una copia al empleado como recibo):*

8. Name of employer. *Nombre del empleador*  __Plan Held Int'l.__

   Address *Dirección*  __17421 Von Karman  Irvine  92714__

9. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.*  __1-31-95__

10. Date claim form was provided to employee. *Fecha en que se le entregó al empleado el reclamo.*  __2-1-95__

11. Date employer received claim form. *Fecha en la que el empleador devolvió el reclamo completado al empleador.* _____

12. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañia de seguros o agencia administradora de seguros.*  __Reliance Insurance  3753 Michelson #2.00  Irvine__

13. Signature of employer representative. *Firma del Representante del Empleador.*  __Kathleen Leach__

14. Title *Título*  __Mfg Assist.__    15. Telephone *Teléfono*  __661-1466__

---

**Employer:** You are required to date this form and provide copies to your insurer and to the employee, dependent or representative who filed the claim within **one working day** of receipt of completed form from employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

***Empleador:*** *Es requerido que Ud. feche este documento y que provea copias del mismo a su compañia de seguros y al empleado, representante o persona que dependa de él, que haya completado el reclamo, dentro de un día hábil después de haber recibido la solicitud completada de parte del empleado.*
*EL FIRMAR ESTE DOCUMENTO NO SIGNIFICA ADMISION DE RESPONSABILIDAD*

# EXHIBIT B

State of California
Department of Industrial Relations
DIVISION OF WORKERS COMPENSATION

Estado de California
Departamento de Relaciones Industriales
DIVISION DE COMPENSACION AL TRABAJADOR

### EMPLOYEE'S CLAIM FOR WORKERS' COMPENSATION BENEFITS

If you are injured or become ill because of your job, you may be entitled to workers' compensation benefits.

Complete the "Employee" section and give the form to your employer. Keep the copy marked "Employee's Temporary Receipt" until you receive the dated copy from your employer. You may contact the Division of Workers' Compensation at 1-800-736-7401 if you need help in filling out this form or in obtaining your benefits. An explanation of workers' compensation benefits is included on the reverse of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

### RECLAMO DEL EMPLEADO PARA BENEFICIOS DE COMPENSACIÓN DEL TRABAJADOR

Si Ud. se ha lesionado o se ha enfermado en/o a causa de su trabajo, Ud. tiene derecho a recibir beneficios de compensación al trabajador.

Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia fechada de su empleador. Si Ud. necesita ayuda para completar esta forma o para obtener sus beneficios, póngase en contacto con la Division de Compensación al Trabajador al 1-800-736-7401. Al dorso de esta forma se encuentra una explicación de los beneficios de compensación al trabajador.

Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.

Toda aquella persona que con conocimiento haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonía".

---

**Employee:** *Empleado:*

1. Name. *Nombre.*    Frank Jamaica    Today's Date. *Fecha de Hoy.*    3/17/97

2. Home Address. *Dirección Residencial.*    2115 Park Drive

3. City. *Ciudad.* Santa Ana    State. *Estado.*    CA    Zip. *Código Postal.*    92707

4. Date of injury. *Fecha de la lesión(accidente).*    1/10/95    Time of Injury. *Hora en que ocurrió.*    _____ a.m. _____ p.m.

5. Address and description of where injury happened. *Dirección y descripción del lugar dónde occurió el accidente.*
Irvine, CA

6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.* While holding cabinet, standing on conveyer, I stepped on the tape table it moved, I fell into split position, then fell off table onto floor injuring my groin, right leg and shoulder

7. Social Security Number. *Numero de Seguro Social del Empleado.*    561 99 1776

8. Signature of employee. *Firma del empleado.*

---

Employer—complete this section and give the employee a copy immediately as a receipt.
*Empleador—complete esta sección y déle inmediatamente una copia al empleado como recibo.*

9. Name of employer. *Nombre del empleador.*

10. Address. *Dirección.*

11. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.*

12. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la forma del reclamo.*

13. Date employer received completed claim form. *Fecha en que el empleador recibió la forma del reclamo completado.*

14. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañia de seguros o agencia administradora de seguros.*

15. Insurance Policy Number. *El numero de la poliza del Seguro.*

16. Signature of employer representative. *Firma del representante del empleador.*

17. Title. *Título.*    18. Telephone. *Teléfono.*

---

**Employer:** You are required to date this form and provide copies to your insurer or the employee, dependent or representative who filed the claim within one working day of receipt of completed form from employee.

**Empleador:** Se requiere que Ud. feche esta forma y que provéa copias a su compañía de seguros y empleado, dependiente o representante que haya presentado este reclamo dentro del plazo de un día hábil desde el momento de haber sido recibida la forma

# EXHIBIT C

STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS

# WORKERS' COMPENSATION APPEALS BOARD

SEE REVERSE SIDE
FOR INSTRUCTIONS

**APPLICATION FOR ADJUDICATION OF CLAIM**
(PRINT OR TYPE NAMES AND ADDRESSES)

CASE No. _____

Mr.  Frank Jamaica
_____

Social Security No.:  561 99 1776

2115 Park Drive
(INJURED EMPLOYEE'S ADDRESS AND ZIP CODE)

Santa Ana, CA 92707

(APPLICANT, IF OTHER THAN INJURED EMPLOYEE)
vs.

Plan Hold
(EMPLOYER—STATE IF SELF-INSURED)

Reliance Insurance
(EMPLOYER'S INSURANCE CARRIER OR, IF SELF-INSURED, ADJUSTING AGENCY)

(APPLICANT'S ADDRESS AND ZIP CODE)
17421 Von Karman
Irvine, CA 92714
(EMPLOYER'S ADDRESS AND ZIP CODE)
P.O. Box 25099
Santa Ana, CA 92799
(INSURANCE CARRIER OR ADJUSTING AGENCY'S ADDRESS)

IT IS CLAIMED THAT:

1. The injured employee, born  4/8/60 , while employed as a  Assembler
   (DATE OF BIRTH)                                          (OCCUPATION AT TIME OF INJURY)

   on  1/10/95  at  Irvine, CA
      (DATE OF INJURY)        (ADDRESS)        (CITY)        (STATE)        (ZIP CODE)

   By the employer sustained injury arising out of and in the course of employment to
   Groin, right leg & shoulder
   (STATE WHAT PARTS OF THE BODY WERE INJURED)

2. The injury occurred as follows:  Fell off conveyor while pulling cabinet.
   (EXPLAIN WHAT EMPLOYEE WAS DOING AT THE TIME OF INJURY AND HOW INJURY WAS RECEIVED)

3. Actual earnings at the time of injury were: Appr $9.30 per hour 40 hours per week per O.T.
   (GIVE WEEKLY OR MONTHLY SALARY OR HOURLY RATE AND NUMBER OF HOURS WORKED PER WEEK)

   (SEPARATELY STATE VALUE PER WEEK OR MONTH OF TIPS, MEALS, LODGING OR OTHER ADVANTAGES REGULARLY RECEIVED)

4. The injury caused disability as follows:  Various dates
   (SPECIFY LAST DAY OFF WORK DUE TO THIS INJURY AND BEGINNING AND ENDING DATES OF ALL PERIODS OFF DUE TO THIS INJURY)

5. Compensation was paid  X  $  Subject to Proof
                         (YES)  (NO)  (TOTAL PAID)  (WEEKLY RATE)        (DATE OF LAST PAYMENT)

6. Unemployment insurance or unemployment compensation disability benefits have been received since the date of injury
   XX
   (YES)  (NO)

7. Medical treatment was received  XX  _____ All treatment was furnished by
                                  (YES)  (NO)        (DATE OF LAST TREATMENT)
   the Employer or Insurance Company  XX  Other treatment was provided or paid by_____
                                    (YES)  (NO)
   _____ Did Medi-Cal pay for any health care
   (NAME OF PERSON OR AGENCY PROVIDING OR PAYING FOR MEDICAL CARE)
   related to this claim  XX  doctors not provided or paid for by employer or insurance company who treated or examined
                        (YES)  (NO)
   for this injury are  Bristol Park Medical, 2720 S. Bristol #224, Santa Ana, CA 927
   (STATE NAMES AND ADDRESSES OF SUCH DOCTORS AND NAMES OF HOSPITALS TO WHICH SUCH DOCTORS ADMITTED INJURED)

8. Other cases have been filed for industrial injuries by this employee as follows: _____
   Companion Filing 4/19/95-4/19/96 C.T.
   (SPECIFY CASE NUMBER AND CITY WHERE FILED)

9. This application is filed because of a disagreement regarding liability for: Temporary disability indemnity  XX

   Permanent disability indemnity  XX    Reimbursement for medical expense  XX    Medical treatment  XX

   Compensation at proper rate  XX    Rehabilitation  XX    Other (Specify) All benefits
                                                                            (AND APPLICANT REQUESTS A HEARING AND
   available pursuant to Labor Code
   AWARD OF THE SAME, AND FOR ALL OTHER APPROPRIATE BENEFITS PROVIDED BY LAW.

Dated at  Santa Ana , California  3/17/97
          (CITY)                   (DATE)

Brent M. Thompson
540 N. Golden Circle #109
Santa Ana, CA 92705  714/973-8321
(ADDRESS AND TELEPHONE NUMBER OF ATTORNEY)

(APPLICANT'S SIGNATURE)

# EXHIBIT D

State of California
Department of Industrial Relation
DIVISION OF WORKERS' COMPENSATION

Estado de California
Departamento de Relaciones Industriales
DIVISION DE COMPENSACIÓN DEL TRABAJADOR

**EMPLOYEE'S CLAIM FOR**
**WORKERS' COMPENSATION BENEFITS**

If you are injured or become ill because of your job, you are entitled to workers' compensation benefits.

Complete the **"Employee"** section and give the form to your employer. Keep the copy marked **"Employee's Temporary Receipt"** until you receive the dated copy from your employer. You may contact the State's Office of Benefit Assistance and Enforcement at **1-800-736-7401** if you need help in filling out this form or in obtaining your benefits. An explanation of workers' compensation benefits is included on the reverse of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

*RECLAMO DEL EMPLEADO PARA BENEFICIOS*
*DE COMPENSACIÓN DEL TRABAJADOR*

*Si usted se ha lesionado o se ha enfermado en o a causa de su trabajo, Ud. tiene derecho de recibir beneficios de compensación del trabajador.*

*Complete la sección "Empleado" y entregue el reclamo a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia fechada de su empleador. Si Ud. necesita ayuda para completar este reclamo o para obtener sus beneficios, póngase en contacto con la Oficina Estatal de Asistencia para Beneficios y Ejecución de la ley (Aplicación) llamando al 1-800-736-7401. Al dorso de esta forma se encuentra una explicación de los beneficios de compensación del trabajador.*

*Ud. también debería de haber recibido de parte de su empleador un folleto describiendo los beneficios de compensación del trabajador lesionado y el procedimiento para obtenelos.*

---

**Employee  Empleado:**

1. Name  Nombre __Frank Jamasca__          Today's Date  Fecha de hoy __4-25-96__

2. **Home address**  Dirección __2115 S Park__

3. City  Ciudad __S Ana CA__          State  Estado __CA__   Zip  Código Postal __92707__

4. Date of injury.  Fecha de la lesión (accidente). __4-19-96__   Time of injury  Hora en que ocurrió __930__ a.m. _____ p.m.

5. Address/place where injury happened.  Dirección/lugar dónde ocurrió el accidente __Plan Hold Corp__

6. Describe injury and part of body affected.  Describa la lesión y la parte del cuerpo afectada. _____
   __epediclimitus__

7. Signature of employee.  Firma del empleado. _____

---

**Employer**  (complete this section and give the employee a copy immediately as a receipt):
*Empleador: (complete esta seccion y dele immediatamente una copia al empleado como recibo):*

8. Name of employer.  Nombre del empleador __Plan Hold Corp__
   Address  Dirección __17421 Von Karman Ave - Irvine 92714__

9. Date employer first knew of injury.  Fecha en que el empleador supo por primera vez de la lesión o accidente. __4-19-96__

10. Date claim form was provided to employee.  Fecha en que se le entregó al empleado el reclamo. __4-24-96__

11. Date employer received claim form.  Fecha en la que el empleado devolvió el reclamo completado al empleador. _____

12. Name and address of insurance carrier or adjusting agency.  Nombre y dirección de la compañía de seguros o agencia administradora de seguros.
    __Zurich American Ins. PO Box 2400 Woodland Hills CA.__

13. Signature of employer representative.  Firma del Representante del Empleador. __Kathleen Beach__

14. Title  Título __Mfg. Assistant__          15. Telephone  Teléfono __714 660 8400__

---

**Employer:** You are required to date this form and provide copies to your insurer and to the employee, dependent or representative who filed the claim within **one working day** of receipt of completed form from employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

*Empleador: Es requerido que Ud. feche este documento y que provea copias del mismo a su compañía de seguros y al empleado, representante o persona que dependa de él, que haya completado el reclamo, dentro de un día hábil después de haber recibido la solicitud completada de parte del empleado.*

*EL FIRMAR ESTE DOCUMENTO NO SIGNIFICA ADMISION DE RESPONSABILIDAD*

Original (Employer's Copy)
WC-7920 Ed. 7/90

200

ORIGINAL (Copia del Empleador)
DWC Forma 1 (REV. 7/90

# EXHIBIT E



JENNY BUSINESS FORMS · FREMONT, CA · (800) 822-9021

State of California
Department of Industrial Relations
DIVISION OF WORKERS COMPENSATION

*Estado de California*
*Departamento de Relaciones Industriales*
*DIVISION DE COMPENSACIÓN AL TRABAJADOR*

### EMPLOYEE'S CLAIM FOR
### WORKERS' COMPENSATION BENEFITS

*RECLAMO DEL EMPLEADO PARA BENEFICIOS DE COMPENSACIÓN DEL TRABAJADOR*

If you are injured or become ill because of your job, you may be entitled to workers' compensation benefits.

Complete the "Employee" section and give the form to your employer. Keep the copy marked "Employee's Temporary Receipt" until you receive the dated copy from your employer. You may contact the Division of Workers' Compensation at 1-800-736-7401 if you need help in filling out this form or in obtaining your benefits.    An explanation of workers' compensation benefits is included on the reverse of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

*Si Ud. se ha lesionado o se ha enfermado en/o a causa de su trabajo, Ud. tiene derecho a recibir beneficios de compensación al trabajador.*
*Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia fechada de su empleador. Si Ud. necesita ayuda para completar esta forma o para obtener sus beneficios, póngase en contacto con la Division de Compensación al Trabajador al 1-800-736-7401.   Al dorso de esta forma se encuentra una explicación de los beneficios de compensación al trabajador.*

*Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.*

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

*Toda aquella persona que con conocimiento haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonía".*

---

**Employee:** *Empleado:*

1. Name. *Nombre.* ____ Frank Jamaica ____  Today's Date. *Fecha de Hoy.* ___ 3/17/97 ____

2. Home Address. *Dirección Residencial.* ____ 2115 Park Drive ____

3. City. *Ciudad.* ___ Santa Ana ___  State. *Estado.* ___ CA ___  Zip. *Código Postal.* ___ 92707 ___

4. Date of Injury. *Fecha de la lesión/accidente).* __ 4/19/95= __  Time of Injury. *Hora en que ocurrió.* _____ a.m. _____ p.m.

5. Address and description of where injury happened. *Dirección y descripción del lugar dónde ocurrió el accidente.*
   ____ Irvine, CA ____

6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.* ___ Groin, Right Leg, Shoulder ___  Stress & Strain of Regular Job Duties

7. Social Security Number. *Número de Seguro Social del Empleado.* ____ 561 99 1776 ____

8. Signature of employee. *Firma del empleado.* ____

---

Employer—complete this section **and give the employee a copy immediately as a receipt.**
*Empleador—complete esta sección y dele inmediatamente una copia al empleado como recibo.*

9. Name of employer. *Nombre del empleador.* ____

10. Address. *Dirección.* ____

11. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesion o accidente.* ____

12. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la forma del reclamo.* ____

13. Date employer received completed claim form. *Fecha en que el empleador recibió la forma del reclamo completado.* ____

14. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañía de seguros o agencia administradora de seguros.* ____

15. Insurance Policy Number. *El número de la poliza del Seguro.* ____

16. Signature of employer representative. *Firma del representante del empleador.* ____

17. Title. *Título.* ____  18. Telephone. *Teléfono.* ____

---

Employer: You are required to date this form and provide copies to your insurer and to the employee, dependent or representative who filed the claim within one working day of receipt of completed form from employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY.

*Empleador: Se requiere que Ud. feche esta forma y que provea copias a su compañía de seguros y empleado, dependiente o representante que haya presentado este reclamo dentro del plazo de un día hábil desde el momento de haber sido recibida la forma completa del empleado.*

# EXHIBIT F

STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS

# WORKERS' COMPENSATION APPEALS BOARD

SEE REVERSE SIDE
FOR INSTRUCTIONS

**APPLICATION FOR ADJUDICATION OF CLAIM**
(PRINT OR TYPE NAMES AND ADDRESSES)

CASE No. _____

Mr. Frank Jamaica

2115 Park Drive
(INJURED EMPLOYEE'S ADDRESS AND ZIP CODE)

Social Security No.: 561 99 1776

Santa Ana, CA 92707

(APPLICANT, IF OTHER THAN INJURED EMPLOYEE)

17421 Von Karman
Irvine, CA 92714
(APPLICANT'S ADDRESS AND ZIP CODE)

vs.

Plan Hold
(EMPLOYER—STATE IF SELF-INSURED)

P.O. Box 2400
Woodland Hills, CA 91365
(EMPLOYER'S ADDRESS AND ZIP CODE)

Zurich-American
(EMPLOYER'S INSURANCE CARRIER OR, IF SELF-INSURED, ADJUSTING AGENCY)

(INSURANCE CARRIER OR ADJUSTING AGENCY'S ADDRESS)

IT IS CLAIMED THAT:

1. The injured employee, born __4/8/6p__ , while employed as a __Assembler__
   (DATE OF BIRTH)                                    (OCCUPATION AT TIME OF INJURY)

   on __4/19/95-4/19/96__ at ____ Irvine, CA ____
      (DATE OF INJURY)      (ADDRESS)        (CITY)        (STATE)        (ZIP CODE)

   By the employer sustained injury arising out of and in the course of employment to
   __Groin, Right Leg, Shoulder__
   (STATE WHAT PARTS OF THE BODY WERE INJURED)

2. The injury occurred as follows: __Stress & Strain of Regular Job Services__
   (EXPLAIN WHAT EMPLOYEE WAS DOING AT THE TIME OF INJURY AND HOW INJURY WAS RECEIVED)

3. Actual earnings at the time of injury were: __$9.50 per hour/40 hours per week & O.T.__
   (GIVE WEEKLY OR MONTHLY SALARY AND RATE AND NUMBER OF HOURS WORKED PER WEEK)

   (SEPARATELY STATE VALUE PER WEEK OR MONTH OF TIPS, MEALS, LODGING OR OTHER ADVANTAGES REGULARLY RECEIVED)

4. The injury caused disability as follows: __Various Dates__
   (SPECIFY LAST DAY OFF WORK DUE TO THIS INJURY AND BEGINNING AND ENDING DATES OF ALL PERIODS OFF DUE TO THIS INJURY)

5. Compensation was paid __XX__  $ __Subject to Proof__
                         (YES) (NO)   (TOTAL PAID)      (WEEKLY RATE)              (DATE OF LAST PAYMENT)

6. Unemployment insurance or unemployment compensation disability benefits have been received since the date of injury
   __XX__
   (YES) (NO)

7. Medical treatment was received __XX__ __2/28/97__ All treatment was furnished by
                                  (YES) (NO)   (DATE OF LAST TREATMENT)

   the Employer or Insurance Company ____ __XX__ Other treatment was provided or paid by_____
                                     (YES) (NO)

   _____ Did Medi-Cal pay for any health care
   (NAME OF PERSON OR AGENCY PROVIDING OR PAYING FOR MEDICAL CARE)

   related to this claim ____ __XX__ doctors not provided or paid for by employer or insurance company who treated or examined
                         (YES) (NO)

   for this injury are __Bristol Park Medical, 2720 S. Bristol Street #224, Santa Ana, C__
   (STATE NAMES AND ADDRESSES OF SUCH DOCTORS AND NAMES OF HOSPITALS TO WHICH SUCH DOCTORS ADMITTED INJURED)

8. Other cases have been filed for industrial injuries by this employee as follows: _____
   __Companion Filing 1/11/95__
   (SPECIFY CASE NUMBER AND CITY WHERE FILED)

9. This application is filed because of a disagreement regarding liability for: Temporary disability indemnity __XX__

   Permanent disability indemnity __XX__      Reimbursement for medical expense __XX__   Medical treatment __XX__

   Compensation at proper rate __XX__   Rehabilitation __XX__   Other (Specify) __all available__
                                                                              (AND APPLICANT REQUESTS A HEARING AND

   __benefits pursuant to Labor code.__
   AWARD OF THE SAME, AND FOR ALL OTHER APPROPRIATE BENEFITS PROVIDED BY LAW.

Dated at __Santa Ana__ , California __3/17/97__
             (CITY)                    (DATE)

Brent M. Thompson
(APPLICANT'S ATTORNEY)

540 N. Golden Circle #109
Santa Ana, CA 92705   714/973-8321
(ADDRESS AND TELEPHONE NUMBER OF ATTORNEY)

(APPLICANT'S SIGNATURE)

DIA-1

# EXHIBIT G

```
ACIFIC WALK-IN MEDICAL                    DOCTOR'S FIRST REPORT OF          19
.O. BOX 9208                         OCCUPATIO   , INJURY OR ILLNESS
FOUNTAIN VALLEY, CA 92708                    State of California
Clinic: 714/863-9103   Office: 714/966-6624
  Number: 33-0591684                                                        7178
```

**ailure to file in 5 days may result in civil penalty.**

1. **Insurer:** RELIANCE INSURANCE        P.O. BOX 25099
                 SANTA ANA      CA 92709

---

2. **Employer:** PLAN HOLD CORP.          3. Address 17421 VON KARMAN AVENUE
                 IRVINE CA 92714             ATTN: RENATA KOPPER
4. **Business:** MFG.OFFICE FURNITURE

---

5. **Patient:** JAMAICA, JOSE NMI
6. **Sex:** MALE    7. **B/D:** 04/08/60
8. **Address:** 600 W. 3rd STREET        SANTA ANA CA 92701
                APT. #B-118
9. **Phone:** 714-836-8065
10. **Occupation:** ASSEMBLER            11. **SSN:** 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
12. **Injured at:** EMPLOYER'S ADDRESS(ABOVE)        County: ORANGE
13. **Injured:** 01/10/95 10:00 AM   14. **Last worked:** 02/01/95
15. **First exam:** 02/01/95 04:15 PM   16. **Previously treated here:** NO

---

17. **History:**
        PATIENT STATES "WHILE WORKING PACKING CABINETS I FELT A PULL IN
        MY RIGHT LEG" DENIES OTHER INJURIES.

---

18. **Subjective Complaints:**
        AS ABOVE

19. **Objective Findings:**
        TENDER RIGHT CORD. NO HERNIA PALPABLE. NO DISCHARGE.
**X-ray and Laboratory Findings:**
        NONE
20. **Diagnosis:**
        1. GROIN STRAIN WITH EPIDIDYMITIS.

---

**Previous Injuries:** NONE STATED
**Allergies:**        NKA
**Tetanus Toxoid:**   LESS THAN FIVE YEARS        **Major Hand:** RIGHT

---

21. **Are findings consistent with history?** YES
22. **Is there any condition that will delay recovery?** NO
23. **TREATMENT**
        EXAM, VIBRATABS #20 DISP., MOTRIN 600mg #40 DISP., RETURN TO WORK
        WITH LIMITATIONS 02/01/95, RETURN TO CLINIC 02/06/95.
**first aid?** NO   **Further treatment:** RETURN TO CLINIC 02/06/95  **Duration:**

---

25. **Work Status:** Able to return to usual work:  / / ; Modified work: 02/01/95
        Work restrictions: NO LIFTING > 30 lbs

---

**Doctor's signature:** _____        Report date: 02/02/95
**Doctor(s):** JEFFREY SUBETTA, MD        **License:** G50344

y person who makes or causes to be made any knowingly false fraudulent material statement or material representation for the
use of obtaining or denying Worker's Comp. Benefits or payment or solity of a felony.

# EXHIBIT H



Medical Center
2362 Morse Avenue
Irvine, CA 92714
(714) 863-9103

Medical Center
3100 W. Warner Ave.
Santa Ana, CA 92704
(714) 546-4233

Medical Center
22741 Lambert Street
Lake Forest, CA 92630
(714) 581-3011

Date/Time
In
Dr.
Out
Physical Therapy

*1995*

71785

## JORK STATUS FORM

Employee: Jamaica, Jose
Employer: Plainfield    D.O.I. 1/10/95

| RIGHT OR LEFT | | | | DIAGNOSIS | | |
|---|---|---|---|---|---|---|
| Abdomen | Ear | Heel | Shoulder | Abrasion | Dislocation | Overuse |
| Ankle | Elbow | Hip | Skin | Abscess | Epicondylitis | Syndrome |
| Back | Eye | Index Finger | Skull | Allergy | Foreign Body | Paronychia |
| Big Toe | Eyebrow | Jaw | Teeth | Amputation | Fracture | Puncture |
| Calf | Face | Knee | Tendon | Avulsion | Ganglion Cyst | Rust Ring |
| Cervical | Finger(s) | Lip | Thigh | Burn – Thermal | Hematoma | Sprain |
| Spine | Digits: 1 2 3 4 5 | Lower Leg | Thumb | Burn – Chemical | Hernia | Strain |
| Chest | Foot | Lumbar | Toe(s) | Bursitis | Infection | Subungual |
| Chin | Forearm | Spine | Tongue | Carpal Tunnel | Inflammation | Hematoma |
| Coccyx | Forehead | Nail | Upper Arm | Cellulitis | Inhalation | Tendinitis |
| Conjunctiva | (Groin) | Neck | Wrist | Chemical | Irritation | Tenosynovitis |
| Cornea | Hand: ☐R ☐L | Nose | | Conjunctivitis | Laceration | Trauma |
| Dorsal | Dominant: ☐Yes ☐No | Rib | | Contusion | Myositis | ☐ Non- |
| Spine | Head | Scalp | | Dermatitis | Neuritis | Occupational |

Other/Comments: _Epididymitis_

SUFFER —

| WORK STATUS | | | PHYSICAL THERAPY | |
|---|---|---|---|---|
| ☐ Off Work | thru _____ NEXT APPT. | Yes ☐  No ☑  Frequency: | ☐ Daily | |
| ☑ Return to Work with Limitations (see below) | 2-1 thru 2-6 NEXT APPT. | | ☐ 3 Treatments ☐ 2 Treatments | |
| ☐ Return to Full Duty Unrestricted | 3 thru _____ NEXT APPT. | ☐ Evaluate and Treat (First P.T. Visit) ☐ Protocol | Precautions/Special Instructions: | |
| ☐ Discharged to Return to Work Unrestricted | DATE | Scheduled with Another Facility ☐ | | |

## NOTICE OF LIMITATIONS ☐ FIRST NOTICE ☐ REVISED NOTICE ☐ NO CHANGE FROM PREVIOUS VISIT

☑ Lifting or carrying: Not permitted to lift, carry, push or pull more than ___30#___ pounds.
☐ Sedentary bench or desk work preferred.
☐ Repetitive, awkward positions: Must avoid repeated bending or motions of the _____
☑ Bending and stooping: Must avoid repetitive bending, stooping or squatting.
☐ Walking or standing: Should avoid prolonged or sustained walking or standing.
☐ Work at ground level: Not permitted to work on ladders, scaffoldings, poles, roof or above ground level.
☐ Hazardous machinery: Not permitted to operate hazardous machinery or tools.
☐ Motor vehicles: Should not operate personal or company vehicle.
☐ Ventilated area: Work area must be adequately ventilated.
☐ Solvents and other chemicals: Must avoid contact with solvents, oils, acids, detergents or other chemicals.
☐ Keep clean and dry: Wound site and all dressings, bandages, etc., must avoid exposure to liquids, dirt, grease, oils or other contaminating agents.
☐ Overhead lifting: Must avoid overhead work.
☐ Eye patch: Must wear eye patch as directed and avoid hazardous machinery and driving.
☐ Splint/Brace: Must wear as directed.
☐ Special and Miscellaneous: _____

Medical Provider _____ # _____

C-267 (9/92)

EMPLOYER COPY: RETURN THIS FORM TO YOUR COMPANY PERSONNEL OFFICE TODAY

EXHIBIT I



Medical Center
2362 Morse Avenue
Irvine, CA 92714
(714) 863-9103

Medical Center
3100 W. Warner Ave.
Santa Ana, CA 92704
(714) 546-4233

Medical Center
22741 Lar___ Street
Lake Fore__ CA 92630
(714) 581-3011

In
Dr
Out

Employee: __Jamaica Jose__,

Physical Therapy

## WORK STATUS FORM

Employer: __PLAN Hold__   D.O.I. _____

### RIGHT   OR   LEFT            DIAGNOSIS

| | | | | | | |
|---|---|---|---|---|---|---|
| Abdomen | Ear | Heel | Shoulder | Abrasion | Dislocation | Overuse Syndrome |
| Ankle | Elbow | Hip | Skin | Abscess | Epicondylitis | Paronychia |
| Back | Eye | Index Finger | Skull | Allergy | Foreign Body | Puncture |
| Big Toe | Eyebrow | Jaw | Teeth | Amputation | Fracture | Rust Ring |
| Calf | Face | Knee | Tendon | Avulsion | Ganglion Cyst | Sprain |
| Cervical | Finger(s) | Lip | Thigh | Burn – Thermal | Hematoma | Strain |
| Spine | Digits: 1 2 3 4 5 | Lower Leg | Thumb | Burn – Chemical | Hernia | Subungual |
| Chest | Foot | Lumbar | Toe(s) | Bursitis | Infection | Hematoma |
| Chin | Forearm | Spine | Tongue | Carpal Tunnel | Inflammation | Tendinitis |
| Coccyx | Forehead | Nail | Upper Arm | Cellulitis | Inhalation | Tenosynovitis |
| Conjunctiva | Groin | Neck | Wrist | Chemical | Irritation | Trauma |
| Cornea | Hand: ☐R  ☐L | Nose | | Conjunctivitis | Laceration | ☐ Non- |
| Dorsal | Dominant: ☐Yes ☐No | Rib | | Contusion | Myositis | Occupational |
| Spine | Head | Scalp | | Dermatitis | Neuritis | |

Other/Comments: _____

_____

_____

### WORK STATUS

☐ Off Work
☐ Return to Work with Limitations (see below)   2-13   thru   NEXT APPT.
                                                  thru   NEXT APPT.
☐ Return to Full Duty Unrestricted   3   1   thru   NEXT APPT.
☐ Discharged to Return to Work Unrestricted   3   1   DATE

### PHYSICAL THERAPY

Yes   No   Frequency:   ☐ Daily
☐    ☐                   ☐ 3 Treatments
                         ☐ 2 Treatments

☐ Evaluate and Treat (First P.T. Visit)   Precautions/Special Instructions:
☐ Protocol

Scheduled with Another Facility ☐

### NOTICE OF LIMITATIONS ☐ FIRST NOTICE  ☐ REVISED NOTICE  ☐ NO CHANGE FROM PREVIOUS VISIT

☐ Lifting or carrying: Not permitted to lift, carry, push or pull more than _____ pounds.
☐ Sedentary bench or desk work preferred.
☐ Repetitive, awkward positions: Must avoid repeated bending or motions of the _____
☐ Bending and stooping: Must avoid repetitive bending, stooping or squatting.
☐ Walking or standing: Should avoid prolonged or sustained walking or standing.
☐ Work at ground level: Not permitted to work on ladders, scaffoldings, poles, roof or above ground level.
☐ Hazardous machinery: Not permitted to operate hazardous machinery or tools.
☐ Motor vehicles: Should not operate personal or company vehicle.
☐ Ventilated area: Work area must be adequately ventilated.
☐ Solvents and other chemicals: Must avoid contact with solvents, oils, acids, detergents or other chemicals.
☐ Keep clean and dry: Wound site and all dressings, bandages, etc., must avoid exposure to liquids, dirt, grease, oils or other contaminating agents.
☐ Overhead lifting: Must avoid overhead work.
☐ Eye patch: Must wear eye patch as directed and avoid hazardous machinery and driving.
☐ Splint/Brace: Must wear as directed.
☐ Special and Miscellaneous: _____

_____

Medical Provider _____   # __30__

C-267 (9/92)

1/10/95



# PLAN  HOLD
## SUPERVISOR'S REPORT OF INJURY

| 1. EMPLOYER **PLAN HOLD CORPORATION** | 3. NATURE OF BUSINESS **SHEET METAL FABRICATION** |
|---|---|

**2. LOCATION** 17401 Von Karman Irvine (?) 714

**4. NAME OF INJURED EMPLOYEE** Jose Jamaica

**5. SEX:** ☑ MALE  ☐ FEMALE

**6. OCCUPATION**

**7. DEPARTMENT IN WHICH REGULARLY EMPLOYED** Assembly

**8. SUPERVISOR** Jim Humphries

**9. WHERE DID ACCIDENT OR EXPOSURE OCCUR?** at work

**10. ON EMPLOYER'S PREMISES?** ☑ YES  ☐ NO

**11. WHAT WAS EMPLOYEE DOING WHEN INJURED?**
He was packing the new cabinets on the new line (Post 2000) cabinet

**12. HOW DID ACCIDENT OR EXPOSURE OCCUR?**
When he was packing the cabinet (Post 20...) and the lift table moved and he strain a muscle o his right le

**13. OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE** Lift table

**14. NATURE OF INJURY OR ILLNESS AND PART OF BODY AFFECTED** Right leg

| 15. DATE OF INJURY OR ILLNESS MO. 1 DAY 10 YEAR 95 | 16. TIME OF DAY 9:30 ☑ A.M. ☐ P.M. |
|---|---|

**17. HAS EMPLOYEE RETURNED TO WORK?** ☑ YES, DATE RETURNED    ☐ NO, STILL OFF WORK

**18. WAS FIRST AID ADEQUATE TREATMENT?** ☐ YES  ☑ NO

**19. DID EMPLOYEE GO TO THE DOCTOR?** ☑ YES  ☐ NO

**20. IF YES, NAME OF DOCTOR OR CLINIC** Pacific Walk-In

**21. DID AN UNSAFE CONDITION CONTRIBUTE TO THE ACCIDENT?** ☐ YES  ☑ NO

**22. EXPLAIN**

**23. DID THE EMPLOYEE COMMIT AN UNSAFE ACT?** ☐ YES  ☑ NO

**24. EXPLAIN**

**25. PERSONAL FACTORS THAT COULD HAVE CONTRIBUTED TO THE ACCIDENT**
☐ IMPROPER ATTITUDE   ☐ BODILY DEFECTS (EYESIGHT, HEARING, FATIGUE, ETC.)
☐ LACK OF KNOWLEDGE OR SKILL   ☐ NO UNSAFE PERSONAL FACTOR   ☑ OTHER

**26. WHAT HAVE YOU PERSONALLY DONE TO PREVENT SIMILAR INCIDENTS?**

**27. WITNESSES TO ACCIDENT**

SIGNATURE

# EXHIBIT K



**PLAN P HOLD**

### SUPERVISOR'S REPORT OF INJURY

| 1. EMPLOYER | 3. NATURE OF BUSINESS |
|---|---|
| **PLAN HOLD CORPORATION** | **SHEET METAL FABRICATION** |

2. LOCATION
17431 Von Karman Ave - Irvine Ca 92714

| 4. NAME OF INJURED EMPLOYEE | 5. SEX: | 6. OCCUPATION |
|---|---|---|
| FRANK JAMAICA | ☒ MALE  ☐ FEMALE | ASSY |

| 7. DEPARTMENT IN WHICH REGULARLY EMPLOYED | 8. SUPERVISOR |
|---|---|
| ASSY | Jim |

| 9. WHERE DID ACCIDENT OR EXPOSURE OCCUR? | 10. ON EMPLOYER'S PREMISES? |
|---|---|
| ASSY | ☐ YES  ☐ NO |

11. WHAT WAS EMPLOYEE DOING WHEN INJURED?

WORKING ON A MASTER File

12. HOW DID ACCIDENT OR EXPOSURE OCCUR?

When He WAS moving The MASTER File

13. OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE

14. NATURE OF INJURY OR ILLNESS AND PART OF BODY AFFECTED

Muscle StraiN

| 15. DATE OF INJURY OR ILLNESS | 16. TIME OF DAY |
|---|---|
| MO. 4  DAY 19  YEAR 96 | A.M. 1 00 P.M. |

17. HAS EMPLOYEE RETURNED TO WORK?
☐ YES, DATE RETURNED   ☒ NO, STILL OFF WORK

| 18. WAS FIRST AID ADEQUATE TREATMENT? | 19. DID EMPLOYEE GO TO THE DOCTOR? |
|---|---|
| ☐ YES  ☒ NO | ☒ YES  ☐ NO |

| 20. IF YES, NAME OF DOCTOR OR CLINIC | 21. DID AN UNSAFE CONDITION CONTRIBUTE TO THE ACCIDENT? |
|---|---|
| Own Doctor | ☐ YES  ☒ NO |

22. EXPLAIN

23. DID THE EMPLOYEE COMMIT AN UNSAFE ACT?
YES   ☒ NO

24. EXPLAIN

25. PERSONAL FACTORS THAT COULD HAVE CONTRIBUTED TO THE ACCIDENT
☐ IMPROPER ATTITUDE          ☐ BODILY DEFECTS (EYESIGHT, HEARING, FATIGUE, ETC.)
☐ LACK OF KNOWLEDGE OR SKILL    ☐ UNSAFE PERSONAL FACTOR    ☐ OTHER

26. WHAT HAVE YOU PERSONALLY DONE TO PREVENT SIMILAR INCIDENTS?

27. WITNESSES TO ACCIDENT

SIGNATURE

1

EXHIBIT L



2362 Morse Avenue
Irvine, CA 9271'
(714) 863-9103

3100 W. Warner Ave.
Santa Ana, CA 92704
(714)) 546-4233

2274 Lake Street
Lake ~ st    92630
(714)  1-30

In
Dr.
Out

79353

Employee: Jamaica Frank    Physical Therapy

## WORK STATUS FORM

Employer: Plan Hold    D.O.I. |9 | 9 6    Am 2 11

| RIGHT | OR | LEFT | | DIAGNOSIS | | |
|---|---|---|---|---|---|---|
| Abdomen | Ear | Heel | Shoulder | Abrasion | Dislocation | Overuse |
| Ankle | Elbow | Hip | Skin | Abscess | Epicondylitis | Syndrome |
| Back | Eye | Index Finger | Skull | Allergy | Foreign Body | Paronychia |
| Big Toe | Eyebrow | Jaw | Teeth | Amputation | Fracture | Puncture |
| Calf | Face | Knee | Tendon | Avulsion | Ganglion Cyst | Rust Ring |
| Cervical | Finger(s) | Lip | Thigh | Burn – Thermal | Hematoma | Sprain |
| Spine | Digits: 1 2 3 4 5 | Lower Leg | Thumb | Burn – Chemical | Hernia | Strain |
| Chest | Foot | Lumbar | Toe(s) | Bursitis | Infection | Subungual |
| Chin | Forearm | Spine | Tongue | Carpal Tunnel | Inflammation | Hematoma |
| Coccyx | Forehead | Nail | Upper Arm | Cellulitis | Inhalation | Tendinitis |
| Conjunctiva | Groin | Neck | Wrist | Chemical | Irritation | Tenosynovitis |
| Cornea | Hand: ☐ R ☐ L | Nose | | Conjunctivitis | Laceration | Trauma |
| Dorsal | Dominant: ☐ Yes ☐ No | Rib | | Contusion | Myositis | ☐ Non- |
| Spine | Head | Scalp | | Dermatitis | Neuritis | Occupational |

Other/Comments: Epididymitis 2° to → SEE EXHIBIT 2
— STRAN (?) R/o Hernia
— schedule surgical consult

### WORK STATUS

☐ Off Work _____ thru NEXT APPT.
☒ Return to Work with Limitations (see below) _____ thru 4/26 NEXT APPT.
☐ Return to Full Duty Unrestricted _____ thru NEXT APPT.
☐ Discharged to Return to Work Unrestricted _____ DATE

### PHYSICAL THERAPY

Yes ☐    No ☐    Frequency:
☐ Daily
☐ 3 Treatments
☐ 2 Treatments

☐ Evaluate and Treat (First P.T. Visit)    Precautions/Special Instructions:
☐ Protocol

Scheduled with Another Facility ☐

---

## NOTICE OF LIMITATIONS    ☐ FIRST NOTICE    ☐ REVISED NOTICE    ☐ NO CHANGE FROM PREVIOUS VISIT

☒ Lifting or carrying: Not permitted to lift, carry, push or pull more than _____5_____ pounds.
☒ Sedentary bench or desk work preferred.
☐ Repetitive, awkward positions: Must avoid repeated bending or motions of the _____
☒ Bending and stooping: Must avoid repetitive bending, stooping or squatting.
☒ Walking or standing: Should avoid prolonged or sustained walking or standing.
☒ Work at ground level: Not permitted to work on ladders, scaffoldings, poles, roof or above ground level.
☐ Hazardous machinery: Not permitted to operate hazardous machinery or tools.
☐ Motor vehicles: Should not operate personal or company vehicle.
☐ Ventilated area: Work area must be adequately ventilated.
☐ Solvents and other chemicals: Must avoid contact with solvents, oils, acids, detergents or other chemicals.
☐ Keep clean and dry: Wound site and all dressings, bandages, etc., must avoid exposure to liquids, dirt, grease, oils or other contaminating agents.
☐ Overhead lifting: Must avoid overhead work.
☐ Eye patch: Must wear eye patch as directed and avoid hazardous machinery and driving.
☐ Splint/Brace: Must wear as directed.
☐ Special and Miscellaneous: _____

Medical Provider _____  # 30

CIGA 3547

EXHIBIT M

**DOCTOR'S FIRST REPORT OF OCCUPATIONAL INJURY OR ILLNESS**
STATE OF CALIFORNIA

In the case of diagnosed or suspected pesticide poisoning, send a copy of this report to Division of Labor Statistics & Research, P.O.Box 420601, San Francisco CA 94142-0603, and notify your local health officer by telephone within 24 hours.

| | | |
|---|---|---|
| 1. INSURER NAME AND ADDRESS   ZURICH AMERICAN INS CO | | PLS DO NOT USE THIS COLUMN |
| PO BOX 2400                                 WOODLAND HILLS        CA 91365 | | |
| 2. EMPLOYER NAME | | Case #: |
| PLAN HOLD CORPORATION | | |
| 3. Address: No.and Street | City | Zip | Industry |
| 17421 VON KARMON | IRVINE | CA 92714 | |
| 4. Nature of Business | | County |
| SERVICE | | |
| 5. PATIENT NAME (First,mid,last) | 6. Sex | 7.Date of | Age |
| FRANK        JAMAICA | [XX] Male [ ] Female | Birth   04/08/60 | |
| 8. Address: No.and Street   City   Zip | | 9. Telephone number | Hazard |
| 2115 SPARK DR.      SANTA ANA        92701 | | (714)-979-5211 | |
| 10. Occupation (Specific job title) | | 11. Social Security # | Disease |
| ASSEMBLY | | 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 | |
| 12. Injured at:  No.and Street | City | County | Hospitalization |
| POE | IRVINE | ORANGE | |
| 13. Date/hour of injury  MM/DD/YY      Hour | 14.Date last worked | Occupation |
| or onset of illness   04/21/96  12:00am 12:00pm | 04/23/96 | |
| 15. Date/hour of first  MM/DD/YY      Hour | 16.Have you or your office previously | Rtn Date/Time |
| exam/treatment     04/23/96      am 04:55pm | treated pt?  [XX] Yes  [ ] No | |

Patient please complete this portion, if able to do so. (Use reverse side if more space is required)

17. DESCRIBE HOW THE ACCIDENT OR EXPOSURE HAPPENED (Give specific object, machinery or chemical.)
THE ACCIDENT HAPPENED WHEN HE WAS WORKING IN THE LINE AT WORK. HE WORKS ON A TABLE, THE TABLE STARTED TO ROLL, HE FELL INTO THE SPLITTS. GROIN INJURY.
(PATIENT'S HANDWRITTEN SIGNED DESCRIPTION ON FILE)

| | |
|---|---|
| 18. SUBJECTIVE COMPLAINTS        SEE OTHER SIDE | DIABETIC: NO |
| The patient states that one year ago, he was involved | ALLERGIC: NKDA |
| in an accident at his workplace in which he was holding | TETANUS IMM: < 5 YRS |

19. OBJECTIVE FINDINGS

A. Physical examination: BACK - The gentleman has a slightly antalgic gait in that he walks slowly. He is able to bend over and touch his toes. He has no low back tenderness or tenderness along the inguinal ligament. The only area of

9. X-ray/lab results: NONE

| | |
|---|---|
| 20. DIAGNOSIS  (ICD9CM code) | Chemical or toxic agents involved? [ ] Yes [XX] No |
| 604.9   ORCHITIS        N/A | |

21. Are findings & diagnosis consistent with patient's account of injury or onset of illness?   [ ] Yes [XX] No
If "no", explain.  N/A

22. Is there any other current condition that will impede or delay patient's recovery?   [ ] Yes [XX] No
If "yes", explain.  N/A

23. TREATMENT RENDERED [XX] Medical [ ] First Aid  EVALUATION & MANAGEMENT
NAPROXEN 500 MG #14

If further treatment required, specify treatment: RE-CHECK 04/26/96 12:00AM Estimated duration [7] days

24. If hospitalized as inpatient, give hospital name and location.        Date      MM/DD/YY    Est.stay
                                                                          admitted

25. WORK STATUS Is patient able to perform usual work? [ ] Yes [XX] No

Modified Work:  04/27/96

Specify restrictions: NONE

Dr's signature_____  Date 04/25/96        CA lic.# A-041252
Dr's name and degree  DAVID DUNCKEL, M.D.                    IRS # 95-3653450
Address 11420 WARNER AVE. FOUNTAIN VALLEY CA 92708          Phone (714)-442-3444

ANY PERSON WHO MAKES OR CAUSES TO BE MADE ANY KNOWINGLY FALSE OR FRAUDULENT MATERIAL STATEMENT OR MATERIAL REPRESENTATION FOR THE PURPOSE OF OBTAINING OR DENYING WORKERS' COMPENSATION BENEFITS OR PAYMENTS IS GUILTY OF A FELONY.

Patient: JAMAICA, FRANK   Medical Record #: 460270   Date of Service: 4/23/96
Employer: PLAN HOLD CORPORATION (3119P)   Date of Injury: 04/21/96
================== DOCTOR'S FIRST REPORT : 5021 (cont'd) ==================
SUBJECTIVE:   (continued from front of 5021)

up a heavy box and the tables that he was standing on flared out and he
did the splits and injured his groin area. This was greatly manifested by
testicular pain. He states that he was offered anti-inflammatories and re
and that they finally had him sign a piece of paper and he settled it. He
did not continue receiving treatment and he stated that his testicle and
groin area were sore at a low level off and on since that time. However,
this last weekend, I believe he reported to me that it was Sunday even
though he did not fill it in on the first report, he was helping bring do
a heavy cabinet which weighed 200 lb and he felt a strong pull in his rig
groin area. Since then, he has had pain that he describes as in the
testicle and also radiating up around the right lateral groin area into t
low back and also some difficulty urinating at times. He stated he report
this immediately to his supervisor and asked several times to be sent to
their clinic. He states that he was not given permission to go and thus,
frustration he came to see us. He presents at our walk-in clinic.

OBJECTIVE:                                              IS OF TRUE

tenderness is the right testicle which is riding somewhat higher than the
left. He complains of a lot of tenderness on palpation. It does not feel
overly swollen compared to the other side. There is no lymphadenopathy.
Urinalysis was 1+ blood on the dipstick, however on microscopic
examination, there are only 2-5 red blood cells seen. No white cells are
seen.

ASSESSMENT:
  XRAY/LAB:
    Probable traumatic orchitis.
DIAGNOSIS: 604.9  ORCHITIS

PLAN / TREATMENT:
1. The history of the pre-existing low-level of testicular pain without the
patient knowing what the diagnosis was could be a contributing factor in
his recovery.
2. The patient was advised to take a few days off work where he is at
bedrest.
3. Naprosyn 500 mg b.i.d., dispense 14.
4. Work status, unable to do regular work for four days.
5. We will re-evaluate him in three days.  /lm
================================================================================
Treating Physician: DAVID DUNCKEL, M.D.  PHONE: (714)442-3444
         11420 WARNER AVE. FOUNTAIN VALLEY

HA 3515

# EXHIBIT N

1  a second continuous trauma injury that ended in April

2  of 1996.  Does April of 1996, does that sound like

3  what you are talking about now?

4          A     What do you mean when you say "finished"?

5          Q     Maybe your attorney would like to explain

6  that to you what a continuous trauma injury is.

7          MR. THOMPSON:  It's a stress and strain of job

8  duties over a period of time.

9          THE WITNESS:  I don't understand.

10         MR. THOMPSON:  I don't know how to explain it

11  more simply.  It is an injury that occurred as a

12  result of repetitive job activities.

13         THE WITNESS:  The pain never went away.  In '96

14  is when I had my second injury.

15 BY MR. KATSELL:

16         Q     Was that in April of 1996?

17         A     I think, yes, it was in April.

18         Q     Are you sure it was in 1996?

19         A     Approximately.  I believe that's when it

20  was.

21         Q     Now that would have been more than a year

22  after your first injury.  If your first injury was in

23  January of 1995, and your second injury was in April

24  of 1996, there would have been approximately 15 months

25  between injury one and injury two.  So I just want to

                                                          27

1    make sure that's what you are telling us.

2        A    Yes, approximately.

3        Q    What happened in approximately April

4    1996, if you can tell us that?

5        A    I was doing my regular work.  I was

6    working with the master files.  I had already finished

7    one unit.  I was pushing it.  That's when I felt this

8    pain, this very strong pain in my testicle and a lot

9    of discomfort on my shoulder.

10        Q    That would be the left shoulder?

11        A    Yes.

12        Q    Was this an increase in pain in your left

13    testicle or -- excuse me, in the right testicle, more

14    pain than you had experienced in the period before

15    that -- in the months before that?

16        A    Yes, it was a stronger pain.  Even my leg

17    got swollen because of that.

18        Q    Was that your right leg?

19        A    Yes, the right leg.

20        Q    Did you also on that day in April when

21    you were pushing a unit of the master file and felt

22    increased pain, did you also feel increased pain in

23    your left shoulder as compared to what you had been

24    feeling the preceding months?

25        A    Yes, it increased.

28