# EXHIBIT 2

EXHIBIT 2

DANIEL P. TROVILLION
ANDRIS E. INVEISS
BARRY W. PONTICELLO
NICOLE DEMAKIS
RENEE C. ST. CLAIR

CINDA C. AYRES
DAVID A. ST. CLAIR
KRISTINE AARON-JACOBI
STUART L. ORIN
PATRICK D. O'KEEFFE
M. JEREMY RILEY
ELDON I. FLOYD
STEVEN M. JESTER
LISA K. HENDRICKS
JASON E. WALLER
MICHAEL P. ZECH
CARYN B. MERIWETHER
JUDY HANONO

**TROVILLION INVEISS PONTICELLO & DEMAKIS**
A PROFESSIONAL CORPORATION

1906 COMMERCENTER EAST
SUITE 200
SAN BERNARDINO, CALIFORNIA 92408-3424

Area Code 909
Telephone: 890-2441
Fax: 890-2445

www.tipd.com

SAN DIEGO COUNTY OFFICE
1010 Second Avenue
16th Floor
San Diego, CA 92101-4906
Telephone: (619) 232-7181
Fax: (619) 232-9423

ORANGE COUNTY OFFICE
600 West Santa Ana Boulevard
Suite 805
Santa Ana, CA 92701-4538
Telephone: (714) 547-4450
Fax: (714) 547-3355

JAMES R. MATHER
PARALEGAL
W. W. TROVILLION
(1923-1994)

Mr. Don Fleischauer
Chief Financial Officer
GPC International, Inc.
510 Broad Hollow Road, Suite 205
Melville, NY 11747

RE:   Frank Jamaica v. GPC International
Case No.: ANA 0311897

Dear Mr. Fleischauer:

Pursuant to your inquiry, please be informed that an Arbitration Hearing will be held in the above captioned matter on November 30, 2006, at 10:00 A.M., at the office of Tobin-Lucks, LLP, in Irvine, California, in front of Judge Philip Mark, a retired Workers' Compensation Administrative Law Judge.

This Arbitration Hearing is being held on the issue of reimbursement and contribution by Zurich North America Insurance Group to my client, California Insurance Guarantee Association (CIGA) administered by Cambridge Integrated Services Group for Reliance Insurance Group, In Liquidation.

For your further information, on July 21, 2006, an Amended Petition for Contribution/ Reimbursement with appropriate exhibits (copy attached) was filed at the Santa Ana Workers' Compensation Appeals Board (WCAB) and was served on all parties by mail. This petition provides the basis for our efforts to seek reimbursement.

If you have any additional questions, please feel free to contact me at my San Bernardino office.

Very truly yours,
TROVILLION, INVEISS, PONTICELLO & DEMAKIS

BY  *Caryn B. Meriwether*
    CARYN BROWN MERIWETHER
CBM:jj
Enclosure  cc: California Insurance Guarantee Association Attention: Roberta Williams