IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION<br><br><br><br><br><br>NO. 05-CV-223 (SLR) |
| GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | |

**PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF ANY EVIDENCE OF NEGLIGENT OR BAD FAITH CLAIMS HANDLING**

Plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator (the "Liquidator") of Reliance Insurance Company (In Liquidation) ("Reliance"), by and through her counsel, Fox Rothschild LLP, hereby moves this Honorable Court *in Limine* to preclude Defendant GPC International, Inc. ("GPC") from introducing any evidence of negligent or bad faith claims handling by Reliance, the Liquidator or the California Insurance Guaranty Association ("CIGA") at trial of this matter on the basis that negligent or bad faith claims handling is not a defense to collection of retrospective premiums under applicable New York law, GPC failed to plead that defense, and

GPC failed to retain an expert witness regarding that defense. In support of her motion, the Liquidator relies upon the attached Memorandum of Law, the substance of which is incorporated herein by reference. Pursuant to District of Delaware Local Rule 7.1.4, the Liquidator requests oral argument on this Motion.

                                                Respectfully submitted,

By:   */s/ Sheldon K. Rennie (#3772)*
       Sheldon K. Rennie, Esquire
       **FOX ROTHSCHILD LLP**
       919 N. Market Street, Suite 1300
       P.O. Box 2323
       Wilmington, DE 19899-2323
       (302) 654-7444

       -and-

       Gerald E. Arth, Esquire
       Cheryl A. Garber
       FOX ROTHSCHILD LLP
       2000 Market Street – 10th Floor
       Philadelphia, PA 19103
       (215) 299-2000
       *Attorneys for Plaintiff M. Diane Koken,*
       *in her official capacity as Insurance*
       *Commissioner of the Commonwealth of*
       *Pennsylvania, as Liquidator of Reliance*
       *Insurance Company (in Liquidation)*

Dated: August 8, 2006