## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

M. DIANE KOKEN, in her official capacity    :
as Insurance Commissioner of the Commonwealth  :
of Pennsylvania, as Liquidator of RELIANCE   :       CIVIL ACTION
INSURANCE COMPANY (IN LIQUIDATION)    :
                                     :
             Plaintiff,           :
                                     :
        v.               :
                                     :       NO. 05-CV-223 (SLR)
GPC INTERNATIONAL, INC.         :
                                     :
          Defendant.       :

GPC INTERNATIONAL, INC.         :
                                     :
          Third-Party Plaintiff,    :
                                     :
        v.               :
                                     :
ZURICH-AMERICAN INSURANCE COMPANY :
                                     :
          Third-Party Defendant.   :

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration

of the Motion *in Limine* of Plaintiff, M. Diane Koken, in her official capacity as Insurance

Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance

Company (in Liquidation) to Preclude Introduction of Any Evidence of Negligent or Bad Faith

Claims Handling, and any response thereto, it is hereby ORDERED that the Motion is

GRANTED. It is further ORDERED that Defendant GPC International, Inc. is PRECLUDED

from introducing any evidence of negligent or bad faith claims handling at the time of trial.

BY THE COURT:

_____

Chief Judge Sue L. Robinson