## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of Plaintiff's Motion *in Limine* was filed electronically with the court and served *via* First Class Mail, postage prepaid upon the following:

>Herbert C. Ross, Esquire
>Olshan Grundman Frome Rosenzweig & Wolosky LLP
>Park Avenue Tower
>65 East 55th Street
>New York, NY 10022
>*Attorneys for Defendant/Third-Party Plaintiff*
>*GPC International, Inc.*
>
>Andre Bouchard, Esquire
>John M. Seaman, Esquire
>Bouchard Margules & Friedlander, P.A.
>222 Delaware Avenue
>Suite 1400
>Wilmington, DE 19801
>*Attorneys for Defendant/Third-Party Plaintiff*
>*GPC International, Inc.*
>
>Sean J. Bellew, Esquire
>Cozen O'Conner
>1201 North Market Street
>Suite 1400
>Wilmington, DE 19801
>*Attorneys for Third-Party Defendant*
>*Zurich-American Insurance Company*

>         /s/ Sheldon K. Rennie (#3772)

Dated: August 8, 2006