IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)  :<br><br>Plaintiff,  :<br><br>v.  :<br><br>GPC INTERNATIONAL, INC.  :<br><br>Defendant.  : | CIVIL ACTION<br><br><br>NO. 05-CV-223 (SLR) |
| GPC INTERNATIONAL, INC.  :<br><br>Third-Party Plaintiff,  :<br><br>v.  :<br><br>ZURICH-AMERICAN INSURANCE COMPANY  :<br><br>Third-Party Defendant.  : | |

**PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF DOCUMENTS PRODUCED TO DEFENDANT BY THE CALIFORNIA INSURANCE GUARANTY ASSOCIATION PURSUANT TO SUBPOENA**

Plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator (the "Liquidator") of Reliance Insurance Company (In Liquidation) ("Reliance"), by and through her counsel, Fox Rothschild LLP, hereby moves this Honorable Court *in Limine* to preclude Defendant GPC International, Inc. ("GPC") from introducing at trial of this matter any documents produced to GPC by the California Insurance Guaranty Association pursuant to subpoena on the basis that GPC wrongfully refused to provide copies of those documents to the Liquidator and the documents are

unauthenticated hearsay. In support of her motion, the Liquidator relies upon the attached Memorandum of Law, the substance of which is incorporated herein by reference. Pursuant to District of Delaware Local Rule 7.1.4, the Liquidator requests oral argument on this Motion.

Respectfully submitted,

/s/ Sheldon K. Rennie (#3772)
Sheldon K. Rennie, Esquire
**FOX ROTHSCHILD LLP**
Citizens Bank Center
919 North Market Street
Suite 1300, 13th Floor
Wilmington, DE 19801-2323
(302) 654-7444

and

Gerald E. Arth, Esquire
Cheryl A. Garber, Esquire
FOX ROTHSCHILD LLP
2000 Market Street – 10th Floor
Philadelphia, PA 19103
(215) 299-2000
*Attorneys for plaintiff
M. Diane Koken, in her official capacity
as Insurance Commissioner of the
Commonwealth of Pennsylvania,
as Liquidator of Reliance Insurance
Company (In Liquidation)*

Dated: August 8, 2006