# EXHIBIT "B"

# Garber, Cheryl

**From:** Garber, Cheryl
**Sent:** Monday, May 08, 2006 12:47 PM
**To:** hross@ogfrlaw.com
**Cc:** Arth, Gerald; Rennie, Sheldon K.; 'Bellew, Sean'; 'John Seaman'; Lori Marks-Esterman
**Subject:** Reliance (GPC)

Herb:

Pursuant to Federal Rule of Civil Procedure 26(e), this shall serve as a reminder of GPC International, Inc.'s duty to supplement its initial disclosures as well as its responses to Plaintiff's First Set of Interrogatories Directed to Defendant, Plaintiff's First Request For Production of Documents Directed to Defendant and Plaintiff's First Requests For Admissions Directed to Defendant.

Cheryl A. Garber, Esquire
Fox Rothschild LLP
2700 Kelly Road
Suite 300
Warrington, PA 18976-3624
(215) 918-3649 direct
(215) 345-7500 main
(215) 345-7507 fax

7/31/2006