IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)  :<br><br>Plaintiff,  :<br><br>v.  :<br><br>GPC INTERNATIONAL, INC.  :<br><br>Defendant.  : | CIVIL ACTION<br><br><br>NO. 05-CV-223 (SLR) |
| GPC INTERNATIONAL, INC.  :<br><br>Third-Party Plaintiff,  :<br><br>v.  :<br><br>ZURICH-AMERICAN INSURANCE COMPANY  :<br><br>Third-Party Defendant.  : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion *in Limine* of Plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation) to Preclude Introduction of Any Documents Produced to Defendant by the California Insurance Guaranty Association in Response to Subpoena, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Defendant GPC International, Inc. is PRECLUDED from introducing any documents produced

2

to Defendant GPC International, Inc. by the California Insurance Guaranty Association in response to subpoena at the time of trial.

BY THE COURT:

_____
Chief Judge Sue L. Robinson