IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-223-SLR |
| | ) |
| GPC INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 22d day of August, 2006, having conducted a telephonic status conference with the parties on August 16, 2006;

IT IS ORDERED that the above captioned case is hereby stayed and the pending deadlines set forth in the case scheduling order of August 16, 2005, including the pretrial conference and bench trial, are hereby removed from this court's calendar.

IT IS FURTHER ORDERED that a telephonic status conference regarding the progress of settlement negotiations shall be held on Thursday, **September 7, 2006 at 10:00 a.m.** with plaintiff's counsel initiating this call.

_____
United States District Judge