IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-223-SLR |
| | ) |
| GPC INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 7th day of September, 2006, having conducted a telephonic status conference with the parties on this day;

IT IS ORDERED that, should an agreement of settlement remain unsigned as of September 15, 2006, a telephonic scheduling conference shall be held on Monday, **September 18, 2006 at 11:00 a.m.** with defendant's counsel initiating this call. The parties shall submit their proposed scheduling order to the court by **4:30 p.m. on Friday, September 15, 2006**.

_____
United States District Judge