## BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III
SEAN M. BRENNECKE

September 15, 2006

**By CM/ECF and Hand Delivery**

The Honorable Sue L. Robinson
Chief Judge
United States District Court for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

Re:   *Koken v. GPC International, Inc.* D. Del., C.A. No. 05-223 (SLR)

Dear Judge Robinson:

Pursuant to the Court's Order dated September 7, 2006 (D.I. 68), I write on behalf of Defendant and Third-Party Plaintiff, GPC International, Inc. ("GPC"), and am pleased to report that plaintiff M. Diane Koken ("Koken") and GPC have signed the settlement agreement between them. GPC and Third-Party Defendant Zurich-American Ins. Co. ("Zurich") have entered into a tolling agreement. The parties expect to file a stipulation and order of dismissal, with prejudice as to the Koken claims against GPC, and without prejudice as to the GPC claims against Zurich, promptly.

Accordingly, the teleconference set for Monday, September 18, 2006, at 11:00 a.m. can be taken off the Court's calendar. We very much appreciate the Court's (and Magistrate Judge Thynge's) assistance in this matter.

Respectfully submitted,

*/s/ John M. Seaman*
John M. Seaman (#3868)

cc:   Sheldon K. Rennie, Esq., counsel for Plaintiff (by CM/ECF and email)
      Gerald E. Arth, Esq., counsel for Plaintiff (by CM/ECF and email)
      Sean J. Bellew, Esq., counsel Third-Party Defendant (by CM/ECF and email)
      Herbert C. Ross, Jr., Esq., counsel for Defendant (by email)