IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>GPC INTERNATIONAL, INC.<br><br>Defendant.<br><br><br>GPC INTERNATIONAL, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendant. | C.A. No. 05-223 (SLR) |

## STIPULATION AND ORDER DISMISSING ACTION

WHEREAS, Plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of Reliance Insurance Company (in Liquidation), and Defendant, GPC International, Inc., have entered into a Settlement Agreement dated as of September 6, 2006 whereby they have settled all claims for relief alleged by Plaintiff against Defendant in the above-entitled action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, pursuant to Rule 41(a)(2), Fed.R.Civ.P., that, subject to the

approval of the Court, (a) the above-entitled-action brought by Plaintiff against Defendant and all claims for relief in Plaintiff's Complaint therein are dismissed with prejudice, (b) the Court shall retain jurisdiction over, and to enforce, the aforesaid Settlement Agreement between Plaintiff and Defendant, and (c) the above-entitled third-party action brought by Defendant against Third-Party Defendant Zurich-American Insurance Company and all claims for relief in Defendant's Third-Party Complaint therein are dismissed without prejudice.

Dated: October 18, 2006

| FOX ROTHSCHILD LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| By /s/ Sheldon K. Rennie<br>Sheldon Kevin Rennie (#3772)<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>Telephone: (302) 622-4202<br>srennie@foxrothschild.com | By /s/ John M. Seaman<br>Andre G. Bouchard (#2504)<br>John M. Seaman (#3868)<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com |
| - and – | - and - |
| GERALD ARTH, ESQUIRE<br>Fox Rothschild LLP<br>2000 Market Street, Tenth Floor<br>Philadelphia, PA 19103-3291<br>Telephone: (215) 299-2000<br><br>*Attorneys for Plaintiff*<br>*M. Diane Koken* | HERBERT C. ROSS, JR.<br>Olshan Grundman Frome Rosenzweig &<br>Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 1002<br>Telephone: (212) 451-2300<br><br>*Attorneys for Defendant and Third-Party Plaintiff*<br>*GPC International, Inc.* |

2

COZEN O'CONNOR

By /s/ Sean J. Bellew
Sean J. Bellew (#4072)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 259-2000
sbellew@cozen.com

*Attorneys for Third-Party Defendant Zurich American Insurance Company*

    IT IS SO ORDERED this _____ day of _____, 2006.


_____
Chief Judge Sue L. Robinson